Review/Sign
Scan/Transmit
PCore/Spectrum
Phase Code
Taxable
Insurance
Job File

**STANDARD FORM SUBCONTRACT**

Copies to:
RSCI
Sub Ctr

SUBCONTRACT NO. SC-516-006
SUBCONTRACT DATE: 4/17/2019

CONTRACT NO. 1
CONTRACT DATE:

CONTRACTOR:
RSCI
333 W Rossi St, Suite 200
Boise, ID 83706

SUBCONTRACTOR:
Rampart Hydro Services, L.P.
530 Moon Clinton Road
Coaraopolis, Pennsylvania 15108

OWNER:
Idaho Transportation Department
PO Box 8028
Boise, ID, Idaho 83707-2028

JOB NAME/ADDRESS:
516 - Oregon St Line to Caldwell Bridge Rehabs
15430 ID-44, Caldwell, ID 83607

For the sum of $143,061.00 the undersigned subcontractor, hereinafter referred to as Subcontractor, agrees to perform:

| # | DESCRIPTION | QUANTITY | UNITS | UNIT COST | SUBTOTAL |
|---|---|---|---|---|---|
| 1 | 632-005A - Hydrodemolition - 1.25" Class A Mean Removal (includes Asphalt removal) - 632005A-01-S | 3513.0 | SY | $20.00 | $70,260.00 |
| 2 | 632-005A - Hydrodemolition - 1.75" Class A Mean Removal (includes Asphalt removal) - 632005A-01-S | 912.0 | SY | $37.00 | $33,744.00 |
| 3 | 632-005A - Hydrodemolition - 2.5 inches (includes Asphalt removal) - 632005A-01-S | 674.0 | SY | $30.50 | $20,557.00 |
| 4 | Z629-05A - Mobilization - Hydrodemo - Z62905A-07-S | 5.0 | EA | $3,700.00 | $18,500.00 |
| | | | | Grand Total: | $ 143,061.00 |

SCOPE OF WORK
Subcontractor will provide all labor, material, equipment and supervision to perform the sections listed below complete per plans and specifications. This subcontract to include but may not be limited to:

1. Provide Asphalt Removal and Class A removal pursuant to the ITD contract No. 8473 including the special provisions, 2017 ITD Standard Specs, QA Manual, QASP v1.1.1, June 2017 Standard Drawings; Title VI Special Provisions; FHWA-1273 Federal-Aid Required Contract Provisions with supplement, DBE RC Special Provisions; General Wage Decisions ID 180086 & ID1 80094.
2. ITD Specification 632-005A - Conc Bridge Deck Rem CL A and as shown on the contract drawings (depths indicated) and per references there-in, and RFI 03.
3. ITD Specification S501-35A - SP Bridge Remove Asphalt Overlay and per references there-in.
4. ITD Specification Z629-05A - Mobilization - subcontractor includes mobilization for hydro demolition equipment ~~and vacuum truck~~ per the rates noted above.   mw
5. Hydrodemolition pursuant to the below depths Class A Mean Removal Depths as indicated on the contract drawing sheet 11 of 52 and summarized below. Hydrodemolition includes removal of asphalt overlays on each bridge. Removals of asphalt and Class A concrete will be performed in the same pass. mw

   1. Tag B - 1-1/4" Mean Removal Depth
   2. Tag C - 1-1/4" Mean Removal Depth

    3. Tag D - 1-1/4" Mean Removal Depth
    4. Tag F - 1-1/4" Mean Removal Depth
    5. Tag G - 1-1/4" Mean Removal Depth
    6. Tag H - 1-3/4" Mean Removal Depth
    7. Tag J - 2.5" Mean Removal Depth

6. Mobilization - will be charged at $3700 each phase for hydrodemolition. Moving from one bridge deck directly to the next bridge deck is ~~still~~ considered ~~to be~~ the same phase. mw
7. Start Date is May 6th, and rampart is to meet the schedule requirements as listed in Exhibit C. The shift schedule is 10 hours per shift, 1 shift per day, Monday-Friday
8. No local union requirement are applicable to this project
9. The standby rate for each unit: Hydrodemolition - $4,250/shift. Rampart is required to provide notice to RSCI before standby costs are incurred, and allow ~~reasonable time~~ 24 hours for RSCI to provide direction to keep Rampart On-site or to demob until the next phase. mw
10. The proposal is based on 4000 psi concrete strength. RSCi will verify concrete strength via a windsor probe prior to ~~work being done on-site.~~ Rampart mobilization. ~~If the actual concrete strength (psi) exceeds such strength by more than ten percent (10%), Rampart may submit a request for change to a linear increase in the unit prices and an increase in the schedule duration for RSCI to pass along to ITD for reimbursement. Rampart will be responsible for providing an RFC and justification for ITD approval of the RFC.~~

If the actual concrete strength (psi) exceeds such strength by more than ten percent (10%), Rampart shall be entitled to a linear increase in the unit prices and an increase in the schedule duration. mw

~~10.~~

11. Scope includes a test cut and documentation as required by the contract documents.
12. RSCI understands that unscheduled maintenance may occur and potential downtime may happen during the hydrodemolition scope. RSCI will try to be flexible with Rampart, and activity durations in exhibit C schedule account for unscheduled maintenance. So long as Rampart is not negligent, or fails to timely address maintenance issues that end up affecting the overall project schedule, RSCI will not issue LDs or other delay costs.

Exclusions:

1. RSCI will provide plugging of all scuppers, drains and expansion joints.
2. Sufficient potable water supplied to the hydrodemolition pumps (including any hoses) through a 2-inch female cam-lock to allow for continuous operation. RSCI is planning to provide a 20,000 gallon frac tank for the water supply. It will be filled nightly to ensure enough gallons are provided for the next day shift.
3. An equipment area within 300 feet of the work area to stage the hydrodemolition pumps.
4. Shielding and protection as necessary above and below (in the cases of partial and/or full depth removals) the deck. The anticipated deck removals are shallow, and RSCI is assuming bridge diapers are not anticipated being required for this project. mw
5. Chipping in areas not accessible to Hydrodemolition. Typically, the hydrodemolition system will cut to within one inch of vertical surfaces such as curbs, gutters, or barriers.
6. Chipping to remove unsound concrete, shadows under rebar and high areas, such as areas previously patched with higher strength concrete.
    7. Control, containment, cleanup, and disposal of all debris in a timely manner so as not to interfere with the hydrodemolition operation mw
    8. Control, containment, cleanup, and disposal of all wastewater. mw
    9. Final rinse. mw
~~6.~~
~~7.~~10. Maintenance of traffic and flaggers if required.
~~8.~~11. Notification of any hazardous chemicals to which Rampart employees may be exposed (i.e. silica dust) and the contractor's plan for limiting exposure.
~~9.~~12. All permits required, including those for wastewater disposal.
~~10.~~13. Employee(s) to accompany Rampart employee(s) on site. For safety reasons, Rampart requires a minimum of one (1) contractor employee to be on site at all times when a Rampart employee is on site (i.e. mw during set up/set down, while perform routine maintenance, and during hydrodemolition and/or cleanup operations). Rampart does not allow our employees to work alone on any jobsite.
~~11. RSCI will plan to clean and wash the deck as Rampart Hydro-demos the deck.~~
       Washing and cleaning has to happen at the same time, and done before the deck drys per ITD spec. This to remain. RSCI cannot deviate from ITD spec requirement - MW

The above work is required by RSCI, hereinafter referred to as Contractor, by general contract, request for proposal and specifications between Contractor and the above-named Owner, and in strict compliance with the following contract documents and plans:



Exhibit A

The Contract Documents consist of this Agreement, all Addendums of the Contract (General, Supplementary, and other Conditions), the Drawings, the specifications, all Amendments issued prior to and all Modifications issued after execution of this Agreement. These form the Contract, and all are as fully as part of the contract as if attached to this Agreement or repeated herein. Division 01 General Requirements shall apply as appropriate to the Subcontractor's scope of work. An enumeration of the Contract Documents is listed in Exhibit D.

Page 2 of 4



13. Contract work shall be performed in a good and workmanlike manner according to the best trade practices, in accordance with all applicable codes and requirements of the governing authority, and in accordance with the following terms and in accordance with "Standard Terms and Conditions for All Subcontracts" attached hereto as Exhibit "A", and incorporated by reference, attachment herewith is acknowledged; "Safety Terms and Conditions for All Subcontracts" attached hereto "Exhibit B" and incorporated by reference; and the project Baseline Schedule as approved by the owner, incorporated herein by reference, Exhibit "C". ~~Contractor reserves the right to designate daily and weekly scheduled work days and hours, including use of a ten hour day/four day work week. If a ten hour day/four day work is week is designated by contractor,~~ The Subcontractor's shift schedule is 10 hours per shift, 1 shift per day, Monday-Friday. Subcontractor's supervisor and workers shall commence at 7am and continue until 5:30pm (Excluding normal breaks and lunch breaks) unless otherwise designated by Contractor. *mw*

1.    WORK TO BE PERFORMED: Subcontractor agrees to furnish all labor, materials, installation supplies, equipment, services, machinery, tools, sales taxes, use taxes and any other facilities of every kind and description, including proper supervision at all times, all as required for the prompt and efficient performance of said work, and all work incidental thereto.

2.    PROGRESS AND TIME OF COMPLETION OF WORK: Subcontractor agrees to commence construction ~~as soon as the site is ready for his phase of the work, and in any case within two (2) days after notice from the Contractor to proceed,~~ within 14 days after written notice by Cointractor and to complete each part of his work expeditiously and in time to avoid delaying any other work at the job site. Should the Subcontractor fail, be unable, or refuse to supply sufficient manpower to the job, for any reason whatsoever, it shall be a material breach of this subcontract. Subcontractor shall strictly comply with any time schedule, set by the Contractor at any time, and the instructions of the Contractor's job superintendent. If the Subcontractor is delayed in the judgment of the Contractor by any labor dispute ~~(whether or not the labor dispute is with the Subcontractor)~~, the Contractor (in addition to any other remedy at the law or equity) shall have the right to immediately replace the Subcontractor, in which case the Subcontractor shall vacate the job and be paid (after completion of the replacement subcontractor's work) the amount provided on Page One hereof, less the cost incurred by the Contractor for the replacement subcontractor's charges in completing the work. The work required herein is in any event to be completed in accordance with the current construction schedule, referred to as Exhibit "C". *mw*

3.    PAYMENT SCHEDULE: Unless otherwise stated herein, payments to Sub-contractor shall be made monthly as the work progresses. On or before the 20th of each month, or other date as designated by the contractor, Subcontractor shall provide the Contractor with duplicate invoices and Labor and Material Lien Releases for all sums due for work and materials furnished up to the date of the invoice. The submission of subcontract progress estimates shall constitute a representation by the Subcontractor that all previous payments have been properly applied by Subcontractor to the payment of all second-tier subcontractor and material supplier billings, which, in turn, formed the basis of the prior progress estimates. Subcontractor further represents and warrants that, upon receipt of the progress estimate represented by each current progress estimate, a similar process will be followed, and all second-tier subcontractor and material suppliers whose billings form the basis for the current progress estimate will be similarly paid and satisfied in full, excepting only those instances in which there is a legitimate good faith dispute between the Subcontractor and a second-tier subcontractor or material supplier with respect to performance or related matters. In such event, the Subcontractor will notify Contractor, which, in turn, will withhold such moneys pending resolution of the dispute between the Subcontractor and the second-tier subcontractor or material supplier. Labor and Material Lien Release forms utilized shall be as provided by the contractor to the subcontractor with the contract package. ~~The Subcontractor shall, as a minimum, prepare a schedule of values that assigns revenue to his activities in the construction schedule and shall assign five percent (5%) of the total contract value to an activity titled O&M Manuals, As-Built Drawings, and Punchlist. Contractor reserves the right to approve subcontractor's schedule of values, and values for mobilization or submittals may not be allowed.~~ Progress payments will be released approximately ten (10) days after receiving payment from the Owner. Payment for O&M Manuals, As-Builts, and Punchlist activities shall be paid thirty (30) days after completion if the contract has been fully performed to the satisfaction of the Owner and the Contractor and the delivery to the Contractor of all Lien Releases for Labor and Material and final payment has been received from the owner. *mw*

4.    SPECIAL TERMS AND CONDITIONS: Unless expressly excepted herein, Sub-contractor shall fully perform in a good and workmanlike manner all obligations of the Contractor to the Owner, under said contract documents, which pertain to Subcontractor's part of the work. The parties agree to the following special terms and conditions:



IN WITNESS WHEREOF, the parties have executed this Subcontract on this 2nd day of May, 20 19.

RSCI

By:

Title: President

Zeke Johnson

Date:   5/2/19

Rampart Hydro Services

By:

Title:

Name:   **Bob Pirro, Vice President**
        Rampart Hydro Services, Inc.,
        **General Partner**
        **Rampart Hydro Services, LP**

Date:

Tax I.D.
Number:   25-1805028

Phone:   412-262-4511

Fax:   412-262-6188

Email:   Sales@rampart-hydro.com

Business Size, and Classification. To track utilization fo small and disadvantaged businesses on this contract indicate below which of these fields apply to your business. Please check all that apply.

__LRG-Large Business, __SBE-Small Business, __SDB-Small Disadvantaged Business, __WBE-Women Owned, __MBE-Minority Owned, __Hub-Hub-Zone Certified Small Buesinss, __VOSB-Veteran Owned Small Business, __SDVOSB-Service Disabled Veteran Owned Small Business, __ANCN-Alaska Native Not Certified, __ANCL-Alaska Native Large.

**EXHIBIT "A"**
**STANDARD TERMS AND CONDITIONS**
**FOR ALL SUBCONTRACTS**

The following general terms and conditions are incorporated in all subcontracts entered into by **RSCI** with any subcontractor and are not subject to change without an express endorsement in writing of the change:

1. INDEPENDENT INVESTIGATION: Subcontractor has satisfied himself by his own independent investigation concerning the General Contract, plans, specifications, on-site job conditions, and type of workmen, materials and equipment required to complete the job in good and workmanlike manner. Subcontractor has entered into this subcontract in reliance upon his own investigation and not upon any representation by the Owner, his architect/engineer or the Contractor.



2. ASSUMPTION OF RESPONSIBILITY: Subcontractor has accepted the conditions of the construction site and acknowledges that all related, adjacent or dependent work, services, ~~utilities~~ and materials are  mw satisfactory to him and waives any and all claims for damages or extras with respect to defects or failures thereof. Subcontractor assumes responsibility for fully informing himself as to the work required and for the accuracy of all lines, levels, measurements, property lines and reference lines in connection with his work. No variation from specified lines, grades or dimensions shall be made without the written consent of the Contractor. Subcontractor shall be responsible for protecting his own work until final acceptance of the entire project by Owner and shall replace at his own expense any damaged work or material. Subcontractor shall make good any damage which he may cause to other work and materials on the project, or to structures or to adjacent property. Subcontractor shall further hold the Contractor harmless from any and all loss or damage caused by his acts or those of his agents or employees and shall pay to the Contractor all losses caused by his performance of this contract.

3. EQUIPMENT AND FACILITIES STORAGE: This subcontract does not include the use of any Owner's or Contractor's equipment, facilities or storage and if they are used by Subcontractor such use shall be at his own risk; after inspection Subcontractor agrees to hold Owner and Contractor harmless from any and all damages of every kind whatsoever resulting from such uses. He shall further return all such equipment, facilities or storage space to Contractor in as good condition as when received, upon demand by Contractor, or at the completion of the job, whichever occurs first. The Contractor shall be entitled to payment from Subcontractor of the reasonable rental value of all equipment, facilities or storage used by Subcontractor.

4. JOB SITE CONDITIONS: Subcontractor shall comply with all instructions from the Contractor with respect to conditions at the site and shall remove all of it's rubbish, debris and any unnecessary materials, tools and equipment from the site or to any area designated by the Contractor on a daily basis. In the event that Subcontractor maintains any condition at the job site which is unsafe to persons or property, the Contractor shall have the right, but not the obligation, to take any corrective steps it deems advisable and charge Subcontractor all costs connected therewith.

5. PRICE INCREASES: Subcontractor assumes the risk during the life of this subcontract of all wage, price and material increases and shall not be entitled to any additional payment on account thereof.

6. TAXES AND PERMITS: Subcontractor shall obtain and pay for all applicable licenses, ~~permits,~~  mw   inspections and taxes, including, but not limited to all use and sales taxes in connection with the work and materials which he furnishes hereunder, without extra charge to the Contractor.

7. JOINT CHECKS: The Contractor may, in its absolute discretion, make any check due to Subcontractor payable jointly to Subcontractor and to any labor or material man who may have a right to file a lien on the job, or to any person who could file a lien or make a claim against the Owner or the Contractor.

8. COST OF THE WORK: When all or any portion of the price for the work is determined on a cost plus fee basis, the term 'cost of the work' shall not include any administrative or overhead expense whatsoever. All such expenses are to be included within the Subcontractor's fee.

9. INVOICES AND RELEASES: All invoices must be submitted in duplicate and shall be accompanied by receipts, vouchers and releases of claims of labor and material men. It is agreed that no payment

hereunder shall be required until and unless such releases are furnished to the satisfaction of the Contractor. Any payment made hereunder shall not be construed as evidence of acceptance of any part of Subcontractor's work, since Subcontractor requests that payments be made at the earliest possible date, and such payments may be made before the Contractor's inspection and investigation of the work is complete.

10. LIENS AND CLAIMS: Subcontractor shall pay when due all claims for labor and equipment and/or materials and shall prevent the filing of any mechanic's liens or shall be in material breach of this subcontract. In the event that any such suit or lien is filed, he agrees to immediately remove it by satisfaction, discharge, dismissal, bond or compromise settlement. A failure to do so within ten (10) days after notice shall authorize the Contractor to satisfy such claim by any means it deems desirable and to charge Subcontractor with all costs, including reasonable attorney's fees, connected therewith. If the Contractor finds it necessary to settle such claims, Subcontractor shall provide the Contractor with all necessary information and the Contractor shall have no responsibility to the Subcontractor for settling said claim, using its best judgment, based upon the information available to it.

11. TIME OF PERFORMANCE OF WORK: Time is of the essence of this Agreement and a substantial part of the consideration is Subcontractor's promise to adhere to the time requirements of the job as they now exist and as they may be changed during the course of construction. Subcontractor shall inspect the work already complete prior to commencing his work and advise the Contractor of any conditions which will prevent him from properly performing under this contract. Any such condition, if not corrected in advance, shall be submitted in writing to the Contractor prior to commencement of the Subcontractor's work. Subcontractor agrees to proceed with the work continuously and with diligence and may be held responsible for any and all increased costs due to Subcontractor's failure to complete the work on schedule and in time to permit other workmen to finish their work on schedule. Should the time schedule be changed by the order of the Owner, his architect/engineer or the Contractor, Subcontractor agrees to comply with the changes as instructed by Contractor. Delays caused by acts of God or the Owner or his architect/engineer shall entitle Subcontractor to reasonable additional time for performance. Except for such extensions, Subcontractor shall provide, at his expense, the necessary workmen and work overtime, if required, to meet the completion dates of each phase of the work and Contractor's time schedule. Subcontractor shall proceed diligently with the work pending final determination of any disputes or claims. Any breach of this provision shall entitle Contractor to declare Subcontractor in default, have others complete this subcontract, and charge Subcontractor with all costs thereof.

12. QUALITY OF WORK: Unless otherwise specified herein, all materials used on the work shall be new and in good condition. Materials for similar uses shall be of the same type and quality and shall match other materials. Further, all materials used shall be manufactured in the United States unless written approval of the Contractor is obtained for use of other materials. All workmanship shall be the best standard practice of the trade unless a better quality is specified in the contract documents. All material and workmanship shall strictly comply with the general contract, plans and specifications. In the event that the quality is not specified, Subcontractor shall ascertain the quality required before ordering the material, and it shall be the best available, first class or that approved in writing by the Contractor. In the event that color is a material fact and is not specified, Subcontractor shall ascertain the color desired prior to using any color. In the event that shop drawings are prepared by Subcontractor, they shall be used at Subcontractor's own risk. Part of the consideration for this subcontract is Subcontractor's special knowledge and skill and Subcontractor is expected to use that expertise in the performance of his work. If the plans or specifications are defective, or if required materials are inferior when compared with other materials, Subcontractor shall so advise the Contractor and cooperate in any adjustments that may be made.

13. SUBCONTRACTOR'S EMPLOYEES: Subcontractor shall employ only competent, experienced, careful and orderly persons upon the work and upon notification from the Contractor that the conduct or workmanship of any of his employees is unsatisfactory, he shall immediately remove such person or persons from the job site and not have them perform any further work involving the Contractor, without the written consent of the Contractor. Upon request, Subcontractor shall furnish the Contractor with a list of all workmen used in connection with the work. Subcontractor shall designate and identify to the Contractor their jobsite Superintendent and competent person who shall have the authority to speak for the subcontractor regarding work in progress; schedule; onsite work force; safety and safety planning and other project related issues. Subcontractor shall be responsible for the payment of all wages and fringe benefits which become payable in connection with the work performed under this Subcontract, and shall hold the Contractor harmless from all claims connected therewith.

14. CHANGE ORDERS: Subcontractor shall make no changes in the work, and shall be responsible for any deviation from the General Contract, plans and specifications, unless such changes are authorized in

writing by the Contractor. All changes shall be without change in the contract price unless the written change order provides for an increase or decrease of the cost. All requests for changes shall be accompanied by a line item breakdown for each component of the work. Labor, equipment, supplies and permanent material will be shown separately. Overhead and profit will be shown separate from the costs. Total overhead & profit, including lower tier suppliers and subcontractors, shall not exceed 5% unless other wise approved by the Contractor. Contractor shall not be liable for prospective profits on work not performed in the event of deductive change orders to Subcontractors scope of work, including termination of subcontract agreement by Contractor. Allowable cost for construction equipment in sound workable condition owned or controlled and furnished by a contractor or subcontractor at any tier shall be based on the applicable provisions of EP 1110-1-8, Construction Equipment Ownership and Operating Expense Schedule. Working Conditions shall be considered to be average for determining equipment rates. For equipment not included in the schedule, rates for comparable pieces of equipment may be used or a rate may be developed using the formula provided in the schedule. EP 1110-1-8 is available on the Internet at the following location:  http://www.usace.army.mil/inet/usace-doc/eng-pamphlets/ep.htm.

15. ASSIGNMENT OF WORK: All of Subcontractor's work shall be performed by Subcontractor which shall not assign, delegate or subcontract the work to anyone other than its own employees without the written permission of the Contractor. A material part of the consideration for this subcontract is the special skill and reliability of Subcontractor and its employees shall personally perform the work.

16. RECORDS: The Contractor shall have full access to Subcontractor's records during regular business hours to determine the facts concerning any part of the work connected with the performance of this subcontract and Subcontractor shall provide the Contractor with any reports requested concerning its activities in the performance of this subcontract. In connection with full access to the Subcontractor's records, Contractor shall have the right to conduct an audit of all the books and records, including financial  mw   books and records of the Subcontractor, including original time sheets, time cards, material invoices, canceled checks, payroll checks and the like. Subcontractor will fully cooperate in such audit.

17. BREACH: If Subcontractor breaches any of the terms and conditions herein, the Contractor shall have a right after three (3) business days written notification to Subcontractor and provided  mw have a right after three (3) business days written notification to Subcontractor and provided to immediately cancel this subcontract, without any liability therefore, in addition to any other right or remedy which it may have at law or equity. This provision is made because the Contractor is responsible to the Owner for the performance of the entire contract, and the work of other crafts is dependent upon Subcontractor's timely performance. In the event of such a cancellation, the Contractor may complete the work or hire another subcontractor to do so and charge Subcontractor with all necessary costs above the total consideration of this subcontract. In the event that the Contractor proceeds to complete the subcontract work, it is hereby authorized to take over all work in progress, use any tools and equipment on the job site and receive all materials  mw ordered by Subcontractor to complete the job, but shall be obligated to give Subcontractor a full accounting thereof.

18. BANKRUPTCY: Subcontractor agrees not to commit any act of insolvency, bankruptcy or any assignment for the benefit of creditors. In the event that one of the above conditions are violated, the Contractor may terminate this subcontract immediately without notice, and Subcontractor hereby assigns to the Contractor all the material assets and equipment on the job site or on order for the purpose of completing the work required by this subcontract. The Contractor shall further have the right to take over the work and complete it without liability, except that the Contractor shall account to Subcontractor for any unused portion of the contract price thirty (30) days after the job is completed and return to Subcontractor any unused material ordered by Subcontractor.

19. LIABILITY AND INDEMNITY: All work covered by this agreement performed at the site of construction, or in preparing, or delivering materials to the site, shall be at the risk of Subcontractor alone. Subcontractor agrees to save, indemnify and hold harmless Owner and the Contractor against all liability, claims, judgments, injuries to persons, including Subcontractor's employees, and damages to property arising directly or indirectly out of the obligations herein undertaken, or out of operations  mw conducted by the negligent acts or omissions of the Subcontractor.

20. BONDING: Subcontractor shall, if requested by the Contractor at the beginning, or any time during the course of construction, provide labor, material and performance bonds, in an amount equal to 100% of the contract price, in a corporate security acceptable to the Contractor which shall pay the premium therefore if it is not required at the start of construction. Failure to provide the requested bond shall be a material violation of this subcontract and give the Contractor a right to terminate the Subcontractor for default after ten (10) days notice to provide the bond.

21. INSURANCE:
Subcontractor's Liability Insurance Subcontractor shall purchase and maintain such insurance as will

8

protect it from the claims set forth below which may arise out of or result from Subcontractor's operations under this agreement whether such operations be by itself or by any sub-Subcontractor or by anyone directly or indirectly employed by any of them, or by anyone for whose acts any of them may be liable:

a.    Claims under Workers' Compensation, Disability Benefit and other similar employee benefit acts which are applicable to the work to be performed.

b.    Claims for damages because of bodily injury, occupational sickness or disease, or death of its employees under any applicable employer's liability law.

c.    Claims for damages because of bodily injury or death of any person other than its employees.

d.    Claims for damages insured by usual personal injury liability coverage.

e.    Claims for damages because of injury to or destruction of tangible property. Including loss of use there from.

f. Claims for damages because of bodily injury or death of any person or property damage arising out of the ownership, maintenance or use of any motor vehicle.
Coverage Forms.

a.    Subcontractor's General Liability insurance shall be written on an industry standard Commercial General Liability Occurrence from (CG 00 01) and shall include the following coverage extensions: Project aggregate (CG 25 03) In addition, Contractor and Owner shall be named as additional insureds (form CG 20 10 11 85 edition) with respect to work performed by or for the Subcontractor on behalf of the Contractor. Subcontractor's General Liability insurance shall be primary as respects Contractor and Owner, and any other insurance maintained by Contractor or Owner shall be excess and not contributing insurance with Subcontractor's insurance. A waiver of subrogation endorsement in favor of RSCI and the owner shall be written on an industry standard commercial general liability form (CG2404).

b.    Subcontractor's Auto Liability insurance shall be written on an industry standard Business Auto Liability policy form (CA 00 001).

c.    Excess Liability Insurance or Umbrella Insurance shall be written on an industry standard Excess Liability policy form (CU0001).

d.    Subcontractor's workers' compensation insurance shall be written on an industry standard Worker's compensation and Employer's Liability policy form (WC 00 00 00), where applicable. A waiver of subrogation endorsement in favor of RSCI and the owner shall be written on an industry standard workers' compensation form where applicable.

e.    All workers' compensation insurance companies shall have a Bests rating of 'A-VI' or better Subcontractor's Liability insurance, as mentioned above, shall be written for not less than the following limits of liability:

a.    Workers' Compensation - Statutory Bodily Injury by Accident or Disease

b.    Employer's Liability
$1,000,000 Bodily Injury by Accident - Each Accident
$1,000,000 Bodily Injury by Disease - Policy Limit
$1,000,000 Bodily Injury by Disease - Each Employee

c.    General Liability - Bodily Injury, Personal Injury, and Property Damage
$2,000,000 General Aggregate
$2,000,000 Products and complete Operations Aggregate
$1,000,000 Personal Injury
$1,000,000 Each Occurrence

d.    Automobile Liability
$1,000,000 Bodily Injury and Property Damage - Per Accident

e.    Umbrella Liability
$1,000,000 Per occurrence/general Aggregate

Certificates of Insurance evidencing the above coverage's shall be filed with contractor within (5) working days of award of Subcontract and prior to commencement of the work. Such certificates shall show that Contractor and Owner have been named as additional insured's on the General Liability policy (and Excess Liability policy, if any), and that such policies provide primary coverage with respect to Contractor and Owner. In addition, waiver of subrogation applies in favor of RSCI and owner as respect GL &WC policies and such certificates shall provide Contractor with 45 days and noncontributory written notice in case of cancellation or non-renewal.

### Property Insurance

1.    Contractor shall have the obligation to provide, or cause Owner to provide, only Fire and Extended coverage insurance or Builder's Risk insurance that is specifically required by the Main Contract with Owner and will be responsible to Subcontractor only to the extent that any claims for loss or damage that subcontractor may make is reimbursable to Contractor by such insurance.

2.    Subcontractor shall provide insurance against any and all other losses that may occur to the work, tools, equipment, facilities, and stored materials, including stored materials for which it has been paid,

and shall make its own provision for reimbursement of such deductible amounts as may be applicable to Contractor or Owner's insurance.

3. Coverage Forms - Subcontractor's Equipment insurance shall provide coverage for physical damage to Subcontractor's owned, leased, rented, or borrowed equipment used on the job site, including continuing rental charges.
Subcontractor shall waive all rights against Contractor and Owner for damages covered by such insurance.

4. All Property insurance companies shall have a Best's rating of 'A-VII' or better.

5. Certificates of Insurance evidencing the above coverage shall be filed with contractor within (5) working days of award of Subcontract and prior to commencement of the work. Such certificates shall indicate that a waiver of subrogation provision in favor of contractor and Owner is included in Subcontractor's equipment Insurance policy.

22. GUARANTEE OF WORK: Subcontractor shall assume and perform all of the work covered by this subcontract which is of the same type required of the Contractor by the contract documents and plans, and he shall assume the Contractor's obligation to satisfy the Owner with respect thereto. ~~Subcontractor further will provide a written guarantee of all of its materials and workmanship for one (1) year from the filing of the Notice of Completion and will remedy any defects that may appear during that time. In the event that the contract documents and plans should require a greater guarantee, or one for a longer~~ mw ~~period, Subcontractor shall comply with the guarantee so required with respect to his part of the work.~~ (Note:  our work is immediately covered over.)



23. LICENSES: Subcontractor represents that it is duly licensed by the state in which the job is located to perform the work required by this subcontract and that it will maintain such license or licenses during his performance under this subcontract. A failure to do so shall constitute a breach of a material covenant and give the Contractor a right to terminate this subcontract, have others complete the work, and charge Subcontractor with all costs connected therewith.

24. LAWS, RULES AND REGULATIONS: All workmanship and materials shall comply with all applicable laws, codes, rules and regulations, and Subcontractor shall comply with all safety regulations, which are applicable to his work, and particular attention for applicability shall be given to the United States Department of Labor Occupational Safety and Health Administration Standards, and the regulations of the state in which the job is located. The responsibility for complying with all such laws, codes, rules and regulations, and safety standards shall be the sole responsibility of Subcontractor. If Contractor is fined for Subcontractor violations, these costs will be reimbursed to the contractor by the Subcontractor through a deductive change order, including all indirect costs (such as legal fees) to the contractor associated with contractors defense of violations for which the subcontractor is responsible. Subcontractor specifically agrees that it will comply with all codes, laws, and regulations pertaining to the disposal of hazardous or toxic substances and indemnify and hold Contractor harmless for any violation thereof.

~~25. TESTING: Each piece of equipment installed by Subcontractor shall be thoroughly tested and adjusted by him to insure proper functioning for its intended purpose. It shall not make excessive noise or vibrations and shall meet the usual standards for equipment of its type. If requested, Subcontractor shall demonstrate the proper operation of the equipment to the Contractor and/or the Owner to their satisfaction.~~  Hydroblasting test strips showing equipment/means and methods works per ITD Spec is requried. - MW
OK with cross out, but add this sentence.
26.25.  ~~in accordance with all state, local, and federal safety regulations. All backfilling of excavated material shall be performed by replacing material in 6" layers and compacting before placing the next layer. Compaction shall be by a suitable method as necessary to obtain a minimum density of 95% of maximum density by the 'Modified Proctor'. If additional or less water in the material is required to obtain this density, it shall be added or removed as necessary. If, in the opinion of the Contractor, the Compaction does not meet this requirement, the Contractor may have an independent soil testing~~ mw ~~laboratory perform tests to determine the degree of Compaction. If the tests show the required Compaction has been obtained, then the cost of the testing will be paid for by the Contractor. If the tests show the Compaction to be less than required, the Subcontractor shall reimburse the Contractor for the costs of the tests and continue to compact the excavated area until this contract provision is satisfied.~~

27.26  SIGNS AND ADVERTISING: Subcontractor shall not place any signs, poster or advertising at the job site except safety signs and those that may be required by federal, state or local laws, ordinance, and regulation, without first obtaining permission and approval from the Contractor. If permission is granted,

Contractor may require a degree of uniformity of Subcontractor's signs.

28. CLEAN UP: Subcontractor is responsible for its own clean up on a daily basis. In the event that Subcontractor does not clean jobsite of its own debris on a daily basis, Contractor may notify Subcontractor of this situation in writing and, if not remedied within 24 hours thereafter, Contractor may back charge Subcontractor for the necessary clean up. Additionally, contractor may request subcontractor on a weekly basis to assist contractor and other subcontractors in a common effort to maintain a clean and safe work site by removing jobsite debris common to and generated by all subs such as mud and dirt tracked into work areas, and trash from employee lunches.

29. INTERPRETATION OF CONTRACT AND APPROVAL OF WORK: The contractor shall interpret the contract documents and shall be the judge of the performance of the Subcontractor thereunder. The Contractor shall have the full authority to reject work that does not conform to the contract documents and payment shall not be required on work or materials that do not have such approval. The Contractor may require special tests or inspections of work and materials as a condition to giving such approval. If there should be a conflict between the 'Standard Terms and Conditions' in this Exhibit 'A' and the contract, plans and specifications between the Owner and the Contractor, the most stringent shall control.

30. INDEPENDENT CONTRACTOR: The Subcontractor is and independent contractor and has sole control in the exact performance of this subcontract.

31. RIGHT TO SETTLE DISPUTES: The Contractor reserves the right to settle all disputes and back charges between subcontractors and/or suppliers.

32. CLAIMS: (a) Should Owner file a claim, counterclaim or cross claim against Contractor relating to, or arising out of, in whole or part, performance of Subcontractor's Work, Subcontractor and its surety agree to be bound to Contractor to the same extent that Contractor is bound to Owner by the terms of the Contract and shall likewise be bound by all rulings, decisions or determinations made pursuant to the Contract including but not limited to the final decision of an appeal board, arbitration or court of competent jurisdiction whether or not Subcontractor or its surety is a party to such proceeding. If called for by Contractor, Subcontractor shall defend at no cost to Contractor all claims, or that portion thereof, relating to or arising out of the performance of Subcontractor's Work, and shall become a party to such proceeding or determination.

(b) As to any claim by Subcontractor on account of acts or omissions of Owner, or its representatives, Contractor agrees to present to Owner, in Contractor's name all of Subcontractor's claims for extras and equitable adjustments and to further invoke on behalf of Subcontractor those provisions of the Contract for determining disputes. Subcontractor shall have full responsibility for preparation and presentation of such claims and shall bear all expenses thereof, including attorney's fees. Subcontractor agrees to be bound by the procedure and final determinations as specified in the Contract and agrees that it will not take any other action with respect to any such claims and will pursue no independent litigation with respect thereto or any disputes resolution procedures. Subcontractor shall not be entitled to receive any greater amount from Contractor than Contractor is entitled to and actually does receive from Owner on account of Subcontractor's claims less any markups entitled to or costs incurred by Contractor. Subcontractor shall accept such amount, if any as full discharge of all such claims. With respect to such claims, Subcontractor shall give written notice to Contractor within sufficient time to permit Contractor to give notice to Owner within the time allowed by the Contract. Failure to give such notice shall constitute a waiver of such claim.

~~(c) Not withstanding paragraph (b) of this Section, Contractor shall have the right, at any time, to settle or otherwise dispose of any claim by Subcontractor on account of acts or omissions of Owner or its representatives. Should Contractor exercise this right, Contractor shall determine the amount, if any to be paid to Subcontractor on account of such claim. Such decision shall be final and binding unless Contractor's decision is submitted to litigation in accordance with paragraph (d) of this Section.~~   mw

(d)(c)  All disputes not controlled or determined by the above paragraphs of this Section or other provisions of this Subcontract will be resolved by a court of competent jurisdiction located in the State of Idaho. The laws of the State of Idaho shall apply.

(e)(d)  Subcontractor shall proceed diligently with the Work pending final determination of any dispute or claim.

(f)(e)  The provisions of this Section shall survive the completion or termination of this Subcontract.

(g)(f)  Subcontractor covenants and expressly agrees that if for any reason the Subcontract is not completed as contemplated herein or if any dispute shall arise over the entitlement or the rights of Subcontractor, Subcontractor's sole recourse shall be an action as provided herein to enforce the several terms and provisions of this Subcontract, and no action shall lie in favor of Subcontractor in the nature of quantum meruit, quantum valebant, quasi-contract, or any other theory of law or equity.

33. NO ELECTION OF REMEDIES: Nothing contained herein shall be deemed or require an election of remedies. All remedies are cumulative with all other remedies available at law or equity.

34. ATTORNEY FEES: In the event it becomes necessary to obtain the services of an attorney to enforce any term or condition of this agreement, the prevailing party shall be entitled to reasonable attorney fees.

35. AGENCY FINES: Subcontractor agrees to reimburse Contractor 100% for any fines imposed upon the Contractor due to violations on the Subcontractors part.

36. ~~PENETRATIONS OF FIRE RATED WALLS/CEILINGS/FLOORS: Subcontractor agrees to provide and install approved fire rated sealant/stopping assembly where work of subcontractor penetrates of fire rated wall/ceilings/floors.~~ mw 

37. ~~ACCESS DOORS: Subcontractor agrees to provide and install access doors (with appropriate fire rating if required), where work of subcontractor created requirement for said access doors.~~ mw 

~~38.~~37. CERTIFIED PAYROLLS: Where required by the contract between the owner and the contractor, subcontractor shall provide on a weekly basis appropriate certified payroll for labor performed under the scope of this subcontract. Failure to provide certified payrolls in an appropriate format and/or timely manner may be cause for withholding of progress payments.

~~39.~~38. WEEKLY SUBCONTRACTOR MEETINGS: Subcontractor agrees to attend weekly subcontractor coordination meetings when requested by contractor. Subcontractor's representative shall have authority to speak for subcontractor regarding work in progress; schedule; onsite work force; safety and safety planning and other project related issues.

~~40.~~39. SUBMITTALS: Subcontractor agrees to provide all required submittals in appropriate quantities and strictly in accordance with submittal requirements set forth in the contract documents. Submittals shall be provided in a timely manner so as not to delay progress of the project, failure to do so may subject subcontractor to associated delay cost. Subcontractor shall not be relieved of responsibility for deviations from requirements of the contract documents by the contractors or architects approval of submittals (shop drawings, product data, sample, tests, or similar items) unless the supplier has specifically informed the contractor and architect in writing of such deviation at the time of submittal, and the contractor and architect has given written approval to the specific deviation as a minor change in the work, or a change order has been issued directing the supplier to proceed with the deviation. The subcontractor shall not be relieved of responsibility for errors or omissions in shop drawings, product data, samples, tests, or similar submittals by the contractors or architects approval thereof. No payment will be made for submittals unless approved by the Owner. Additionally, all information submitted for approval shall be provided in an electronic format on compact disc. One (1) compact disc shall be provided in a pdf format to supplement all hard copies submitted.

41. ~~ASBUILTS: Subcontractor agrees to maintain as-built drawings and specifications as required by project specifications, indicating at a minimum locations of all concealed work, all variances from contract drawings, and actual products used, to be approved before final payment.~~ mw 

~~42.~~40. OPERATIONS AND MAINTENANCE MANUALS: Subcontractor agrees to provide all required operations and maintenance manuals in appropriate quantities to be approved prior to final payment.

~~43.~~41. SUBCONTRACTORS ON SITE WORKFORCE: It is required that subcontractor provide to the appropriate field representative or contractor, a documentation of onsite work force and duties completed by said force, on a daily basis. A Daily Report form will be provided by RSCI for this documentation.

~~44.~~42. SUBCONTRACTORS LOWER TIER SUBCONTRACTORS: Subcontractor shall insure that the provisions of this subcontract agreement shall be extended to subcontractor's lower tier subcontractors and suppliers, excepting that scope of work between subcontractor and subcontractors lower tier subcontractors and suppliers shall be determined by subcontractor.

45. ~~43. LEED : If this project has been designed for and shall be developed for a sustainable rating in accordance with the LEED-NC V2.2, no variations or substitutions to the LEED credits identified for this contract shall be allowed without written consent from the Contracting Officer. The supporting data required must be submitted by the subcontractor to assure that the assembled data is acceptable to the USGBC for the credit(s) to be achieved the project certification.~~ mw 

~~46.~~44. USE OF TOBACCO AND FOOD PRODUCTS: Use of tobacco products on site is discouraged but will

Exhibit A

in any case be strictly prohibited at interior locations at such time as the beginning of the installation of building finishes, considered to be at the time of gypsum board installation or other such time as designated by contractor. Similarly, use of food and drink products (except water) shall also not be allowed on the interior of the facility subsequent to the commencement of interior finishes.

47. CELL PHONE AND PERSONAL ELECTRONIC DEVICES (PED): "It is required that the subcontractor" implement the RSCI safety program which stipulates that all projects and work areas will not allow employees to use cell phones unless they are specifically issued or approved by RSCI.
No Personal Electronic Devices (PED) such as iPods, MP3 Players, Smart Phones, or any other distractive electronic devices will be allowed during work hours on RSCI jobsites.

These **"Standard Terms and Conditions for all Subcontracts"** are incorporated in and are a part of the contract between the Subcontractor and the Contractor.

RSCI

By: _____

Title: President

Zeke Johnson

Date: _____ 5|2|19 _____

Rampart Hydro Services

By: _____

Title: _____

Name: Bob Pirro, Vice President
Rampart Hydro Services, Inc.,
General Partner
Rampart Hydro Services, LP

Date: _____ 5/2/19 _____

Exhibit A

## EXHIBIT "B"
## STANDARD TERMS AND CONDITIONS
## FOR ALL SUBCONTRACTS

The following general terms and conditions are incorporated in all subcontracts entered into by RSCI with any subcontractor and are not subject to change without an express endorsement in writing of the change:

Subcontractor's Responsibility

1. Adherence to and compliance with applicable provisions of CFR 29 Chapter XVII - Occupational Safety and Health Administration Part 1926 Safety and Health Regulations for Construction (current revision), Record Steel and Construction policy and procedures, US Army Corps of Engineers Safety and Health Requirements EM-385-11 (current revision), and state and local regulations are essential to satisfactory performance of the contract.

2. The subcontractor shall designate a responsible member of the subcontractor's organization at the site whose duty shall be the prevention of accidents. The subcontractor's safety person shall be on site whenever the subcontractor is performing work. All accidents, injuries, or near misses shall be immediately reported to the Contractor.

3. The subcontractor is required to instruct each employee in the recognition and avoidance of unsafe conditions and the regulations applicable to his/her work environment, to control or eliminate any hazards or other exposure to illness or injury. (CFR 1926.21 (b) (2)). Subcontractor shall maintain an OHSA competent person on site trained in the hazards of subcontractor's scope of work.

4. The subcontractor shall require that each new employee sign a statement that he/she has been made aware of applicable safety rules and will abide by these rules.

5. The subcontractor or its individual employees are subject to removal from the work site if safety rules and regulations are not followed.

6. The following violations will be grounds for Immediate removal of subcontractor's personnel from the project.
   a) Gross disregard of safety and health rules and regulations, repeated violations or refusal to follow safety and health rules and regulations.
   b) Fighting (Physical Contact), horseplay or gambling.
   c) Theft.
   d) Drugs or alcohol (possession or under the influence).
   e) Willful destruction of property.
   f) Possession of firearms or explosives.
   g) Any act or omission that could inflict or result in bodily harm or death.
   h) 100% eye protection on RSCI jobsites at all times. Failure to do so is a violation.

7. The subcontractor shall conduct a weekly safety meeting with its personnel. A copy of the written minutes and the attendance of each meeting shall be given to RSCI's safety representative. Subcontractor and its onsite work force shall also attend the weekly project safety meeting. Project safety meeting will typically be at 12:30pm on Tuesdays, or other time as designated by contractor.

8. All projects will require submission of a site specific job hazard analysis and safety plan to be reviewed by RSCI prior to starting work. Job hazard analysis and safety plans will be prepared by each Subcontractor and submitted prior to task preparatory meeting.

9. When required by CFR 29 1926, a copy of any certification, design by engineer, proof of certification, or proof of competent person shall be submitted to RSCI's safety representative.

10. LAWS, RULES AND REGULATIONS: All workmanship and materials shall comply with all applicable laws, codes, rules and regulations, and Subcontractor shall comply with all safety regulations, which are applicable to his work, and particular attention for applicability shall be given to the United States Department of Labor Occupational Safety and Health Administration Standards, and the regulations of the state in which the job is located. The responsibility for complying with all such laws, codes, rules and regulations, and safety standards shall be the sole responsibility of Subcontractor. If Contractor is fined for Subcontractor violations, these costs will be reimbursed by Subcontractor. Subcontractor specifically agrees that it will comply with all code, laws, and regulations pertaining to the disposal of hazardous or toxic substances and indemnify and hold Contractor harmless for any violation thereof.

11. USE OF STILTS: Subcontractors are discouraged from allowing employee use of stilts, but may be allowed use of stilts with the following qualifications:
1) Stilt height must be less than four feet.
2) Personnel using stilts must display a level of dexterity showing a steady and certain movement while using stilts.
3) No personnel on stilts will be permitted to lift into place any tool or material in excess of 25 pounds.
4) Personnel working on stilts are responsible at all times to ensure that construction debris, materials, tools, ect., in his/her work area do not present a tripping/slipping hazard.
5) Subcontractors choosing to allow use of stilts by his/her personnel must provide RSCI with documentary proof of adherence to these qualifying requirements.
6) Subcontractors allowing personnel to use stilts agree to save, indemnify, and hold harmless the owner and contractor against all liability, claims, injuries to persons including subcontractors personnel, and damages to property arising directly or indirectly out of the obligations herein undertaken, or out of operations conducted by subcontractor or subcontractor's personnel engaged in the use of stilts.

12. TASK LIGHTING: Subcontractors are required to provide adequate task lighting to perform subcontractors contractual scope of work.

13. RIGGING & ERECTION SEQUENCE: The following procedure is RSCI policy and needs to be followed for all Product Erection on site:
a) Inspect access, ground, and interference's.
b) Inspect and install proper outrigger pads and dunnage.
c) Check swing radius clearance.
d) Barricade erection and welding area.
e) Rope-off counterweight swing radius.
f) Requirements for operator, rigger, and crew:
   i. Craning plan for each pick over 75% of charts. Copy shall be supplied to Contractor prior to pick.
   ii. Weight of each pick verified from supplier or shipping documentation.
   iii. All picks to be measured from truck to center pin of crane.
   iv. Knowledge of maximum swing radius of product.
   v. Erection distance known to operator by taped or dry run of each load; center pin to center of load.
   vi. Rigger figures boom angle and maximum radius in degrees and footage.
   vii. Crane operator calculates boom angle and radius for pick.
   viii. After separate review, operator and rigger are to agree pick is within crane capabilities.
g) Knowledge of the rigging system capacity (All shackles, spreaders, etc.)
h) Knowledge of crane signals.
i) Daily inspection of all rigging systems.
j) Inspection of load pick points

RSCI

By: _____

Title: President

Zeke Johnson

Date: _____5 / 2 / 19_____

Rampart Hydro Services

By: _____

Title: _____

Name: Bob Pirro, Vice President
Rampart Hydro Services, Inc.,
General Partner
Rampart Hydro Services, LP

Date: _____5 / 2 / 19_____

# LIEN RELEASE

From:

Project:

To:   Record Steel & Construction Inc.      Contract No.
      333 W Rossi Ste 200
      Boise, ID 83706

mw

### CONDITIONAL RELEASE

The undersigned does hereby release all mechanic's liens, stop notice, equitable lien and labor and material bond rights the project for all materials, supplies, labor services, etc., purchased, acquired or furnished by or for us and used on the above promises, up to and including Date:        to the extent of said payment.

This release is for the benefit of, and may be relied upon by, the owner, the prime contractor, the construction lender, and the principal and surety on any labor and material bond.

This release is CONDITIONAL, and shall be effective only upon payment to the undersigned in the sum of $ _____ . If the payment is by check, this release is effective only when the check is paid by the bank upon which it is drawn.

Firm Name: _____
By: _____
Date: _____

### FULL RELEASE

The undersigned has been paid in FULL for all labor, subcontract work, equipment and materials supplied to the above described project and hereby releases all mechanic's liens, stop notice, equitable lien and labor and material bond rights the project for all materials, supplies, labor services, etc., purchased, acquired or furnished by or for us and used on the above promises, up to and including Date: _____ Amount: $

This release is for the benefit of, and may be relied upon the owner, prime contractor, the construction lender and the principal and surety on any labor and material bond posted for the project.

Firm Name: _____
By: _____
Date: _____

### NOTARY - CORPORATE/PARTNERSHIP

STATE OF IDAHO          )
                        )ss.
COUNTY OF ADA           )

On this      day of _____ , 20 before me,_____ , a Notary Public in and for said State, personally appeared _____ , known or identified to me to be the person whose name is attached to the foregoing Release, and acknowledged to me that (he/she) executed the same.

IN WITNESS WHEREOF, I have hereunto placed my official hand and seal the day and year in this Certificate first above written.

Notary Public for _____
Residing At_____
Commission Expires: _____

### NOTARY - INDIVIDUAL

STATE OF IDAHO          )
                        )ss.
COUNTY OF ADA           )

On this      day of _____ , 20 before me,_____ , a Notary Public in and for said State, personally appeared _____ , known or identified to me to be the person whose name is attached to the foregoing Release, and acknowledged to me that (he/she) executed the same.

IN WITNESS WHEREOF, I have hereunto placed my official hand and seal the day and year in this Certificate first above written.

Notary Public for _____
Residing At_____
Commission Expires: _____

Exhibit A

| Form **W-9** | **Request for Taxpayer** | **Give Form to the** |
|---|---|---|
| (Rev. October 2018)<br>Department of the Treasury<br>Internal Revenue Service | **Identification Number and Certification**<br><br>▶ Go to *www.irs.gov/FormW9* for instructions and the latest information. | **requester. Do not**<br>**send to the IRS.** |

**1** Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.

**Rampart Hydro Services, L.P.**

**2** Business name/disregarded entity name, if different from above

**3** Check appropriate box for federal tax classification of the person whose name is entered on line 1. Check only **one** of the following seven boxes.

☐ Individual/sole proprietor or single-member LLC   ☐ C Corporation   ☐ S Corporation   ☒ Partnership   ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=Partnership) ▶ _____

**Note:** Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is **not** disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

☐ Other (see instructions) ▶

**4** Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

*(Applies to accounts maintained outside the U.S.)*

**5** Address (number, street, and apt. or suite no.) See instructions.

**530 Moon Clinton Road**

**6** City, state, and ZIP code

**Coraopolis, PA 15108**

Requester's name and address (optional)

**7** List account number(s) here (optional)

*Print or type.*
*See Specific Instructions on page 3.*

---

**Part I**    **Taxpayer Identification Number (TIN)**

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the instructions for Part I, later. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN*, later.

**Note:** If the account is in more than one name, see the instructions for line 1. Also see *What Name and Number To Give the Requester* for guidelines on whose number to enter.

| Social security number |
|---|
| ☐☐☐ – ☐☐ – ☐☐☐☐ |

**or**

| Employer identification number |
|---|
| 2 5 – 1 8 0 0 5 0 2 8 |

---

**Part II**    **Certification**

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined below); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions for Part II, later.

**Sign Here**    Signature of U.S. person ▶ *Kathleen Jarrett*     Date ▶ 1/10/19

---

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** For the latest information about developments related to Form W-9 and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/FormW9*.

## Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following.

• Form 1099-INT (interest earned or paid)

• Form 1099-DIV (dividends, including those from stocks or mutual funds)

• Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)

• Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)

• Form 1099-S (proceeds from real estate transactions)

• Form 1099-K (merchant card and third party network transactions)

• Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)

• Form 1099-C (canceled debt)

• Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

*If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See* What is backup withholding, *later.*

Exhibit A



# CERTIFICATE OF LIABILITY INSURANCE

**DATE (MM/DD/YYYY)**
4/29/2019

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.  THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

**IMPORTANT:  If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement.  A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).**

| PRODUCER | CONTACT NAME: Certificates Administrator | | |
|---|---|---|---|
| Arthur J. Gallagher Risk Management Services, Inc.<br>11311 McCormick Road, Ste 450<br>Hunt Valley MD 21031-8622 | PHONE (A/C, No, Ext): 443-798-7499 | | FAX (A/C, No): 443-798-7290 |
| | E-MAIL ADDRESS: BW2.BSD.Certs@ajg.com | | |
| | INSURER(S) AFFORDING COVERAGE | | NAIC # |
| | INSURER A : National Union Fire Ins Co Pittsburgh PA | | 19445 |
| INSURED | INSURER B : New Hampshire Insurance Co | | 23841 |
| Rampart Hydro Services, LP<br>530 Moon Clinton Road<br>Coraopolis, PA 15106 | INSURER C : XL Specialty Insurance Company | | 37885 |
| | INSURER D : | | |
| | INSURER E : | | |
| | INSURER F : | | |

## COVERAGES CERTIFICATE NUMBER: 1049157900 REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED.  NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | X COMMERCIAL GENERAL LIABILITY | Y | Y | 6938932 | 7/1/2018 | 7/1/2019 | EACH OCCURRENCE | $ 2,000,000 |
| | CLAIMS-MADE X OCCUR | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 1,000,000 |
| | | | | | | | MED EXP (Any one person) | $ 10,000 |
| | | | | | | | PERSONAL & ADV INJURY | $ 2,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $ 4,000,000 |
| | POLICY X PRO-JECT LOC | | | | | | PRODUCTS - COMP/OP AGG | $ 4,000,000 |
| | OTHER: | | | | | | | $ |
| A | AUTOMOBILE LIABILITY | Y | | 2867423 | 7/1/2018 | 7/1/2019 | COMBINED SINGLE LIMIT (Ea accident) | $ 2,000,000 |
| | X ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | OWNED AUTOS ONLY SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | X HIRED AUTOS ONLY X NON-OWNED AUTOS ONLY | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| C | X UMBRELLA LIAB X OCCUR | Y | | US00062096LI18A | 7/1/2018 | 7/1/2019 | EACH OCCURRENCE | $ 10,000,000 |
| | EXCESS LIAB CLAIMS-MADE | | | | | | AGGREGATE | $ 10,000,000 |
| | DED X RETENTION $ 10,000 | | | | | | | $ |
| B | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY Y / N | | Y | 063724479 | 7/1/2018 | 7/1/2019 | X PER STATUTE OTH-ER | |
| | ANYPROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) N | N / A | | | | | E.L. EACH ACCIDENT | $ 1,000,000 |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ 1,000,000 |
| | If yes, describe under DESCRIPTION OF OPERATIONS below | | | | | | E.L. DISEASE - POLICY LIMIT | $ 1,000,000 |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES  (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)**
COI #IC-0501718 | Job #544649 - ID DOT Key 19442, I-84, Oregon St Ln to Caldwell Bridge Rehabs.

RSCI and owner are included as additional insured with respect to the general liability, automobile liability and umbrella liability policies as required by written contract. Insurance provided is primary and non-contributory with respect to the general liability, automobile liability and umbrella liability policies as required by written contract. A waiver of subrogation applies with respect to the general liability and worker's compensation policies as required by written contract.

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| RSCI<br>333 W Rossi Street, Suite 200<br>Boise ID 83706 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.<br><br>AUTHORIZED REPRESENTATIVE<br>Dennis Ouvard |

© 1988-2015 ACORD CORPORATION.  All rights reserved.

ACORD 25 (2016/03)    The ACORD name and logo are registered marks of ACORD

18

Exhibit A

POLICY NUMBER: **GL** 693-89-32

**COMMERCIAL GENERAL LIABILITY**
CG 24 04 05 09

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| Name Of Person Or Organization:<br>PURSUANT TO APPLICABLE WRITTEN CONTRACT OR AGREEMENT YOU ENTER INTO. |
|---|
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV - Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

 © Insurance Services Office, Inc., 2008

POLICY NUMBER:  GL 693-89-32

**COMMERCIAL GENERAL LIABILITY**

**CG 20 10 04 13**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – SCHEDULED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

| Name Of Additional Insured Person(s) Or Organization(s) | Location(s) Of Covered Operations |
|---|---|
| Any person or organization to whom you become obligated to include as an additional insured as a result of any written contract or written agreement that you have entered into. | Per the written contract or written agreement. |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

**A. Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by:

**1.** Your acts or omissions; or

**2.** The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured(s) at the location(s) designated above.

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

This insurance does not apply to "bodily injury" or "property damage" occurring after:

**1.** All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

**2.** That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

**CG 20 10 04 13**

© Insurance Services Office, Inc., 2012

**Page 1 of 2**

Exhibit A

**C.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

    **1.** Required by the contract or agreement; or

    **2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

POLICY NUMBER: 6938932

**COMMERCIAL GENERAL LIABILITY**
CG 20 37 04 13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED - OWNERS, LESSEES OR CONTRACTORS - COMPLETED OPERATIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**SCHEDULE**

| Name Of Additional Insured Person(s) Or Organization(s) | Location And Description Of Completed Operations |
|---|---|
| Where required by written contract. | Where required by written contract. |
| | |
| | |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Section II - Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury" or "property damage" caused, in whole or in part, by "your work" at the location designated and described in the Schedule of this endorsement performed for that additional insured and included in the "products-completed operations hazard".

However:

1. The insurance afforded to such additional insured only applies to the extent permitted by law; and

2. If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

1. Required by the contract or agreement; or

2. Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

CG 20 37 04 13 © Insurance Services Office, Inc., 2012 Page 1 of 1 ☐

Exhibit A

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**  WC 00 03 13

POLICY NUMBER:    063724479

## WAIVER OF OUR RIGHT TO RECOVER FROM OTHERS ENDORSEMENT

We have the right to recover our payments from anyone liable for an injury covered by this policy. We will not enforce our right against the person or organization named in the Schedule. (This agreement applies only to the extent that you perform work under a written contract that requires you to obtain this agreement from us.)

This agreement shall not operate directly or indirectly to benefit anyone not named in the Schedule.

### SCHEDULE

ANY PERSON OR ORGANIZATION FOR WHOM THE NAME INSURED HAS AGREED BY WRITTEN CONTRACT TO FURNISH THIS WAIVER.

1983 National Council on Compensation Insurance.



*Ultra High Pressure...*
*Even Higher Standards.*

TO:  All Employees

Rampart Hydro Services is committed to the maximum utilization of all human resources and the goal of Equal Employment Opportunity and Affirmative Action.  I wish to reaffirm that commitment and bring to the attention of all associates that these objectives are reflected in all aspects of our daily operations.  We will continue to recruit, hire, train, and promote in all areas without regard to race, color, religion, sex, national origin, age, physical or mental disability, marital status, military service or veteran's status, culture, creed, pregnancy, childbirth, or medical condition related to pregnancy or childbirth, gender identity, or expression, sexual orientation, political beliefs, genetic information, social origin or condition, or ancestry. Furthermore, we shall continue to provide Equal Employment Opportunity for qualified protected veterans and individuals with disabilities.

Every effort shall be made to ensure that all employment decisions, company programs and personnel actions are administered in conformance with the principle of Equal Employment Opportunity.  Each of us has a responsibility to support these objectives and to ensure that this policy is fully implemented within our organization.

I have designated Kathleen M. Hassett as the Equal Employment Opportunity Officer, and have charged her with the responsibility to maintain the necessary programs, records, and reports to comply with all government regulations, including the maintenance of monitoring procedures for our policy objectives.

Further, our Affirmative Action programs may be reviewed by associates and applicants upon request, in the Human Resources Department.  If you wish to self-identify as a protected veteran, a disabled veteran, or an individual with a disability, please contact Human Resources.

Just as we all share the responsibility for meeting the challenges of our business objectives, each of us must assume a leading role in making our Equal Employment policy work effectively.

Bob Pirro, Vice President                              Kathleen M. Hassett, EEO Officer

---

ULTRA HIGH-PRESSURE   HYDRODEMOLITION   HYDROCLEANING   COATING REMOVAL

530 Moon Clinton Road.  Coraopolis, PA 15108.   412-262-4511.  FAX: 412-262-6188.  www.rampart-hydro.com

*Page 1*

24

Exhibit A



*Ultra High Pressure...*
*Even Higher Standards.*

## POLICY STATEMENT

It is the policy of this company, Rampart Hydro Services, to assure that applicants are employed, and that employees are treated during employment, without regard to their race, color, religion, sex, national origin, age, physical or mental disability, marital status, military service or veteran's status, culture, creed, pregnancy, childbirth, or medical condition related to pregnancy or childbirth, gender identity, or expression, sexual orientation, political beliefs, genetic information, social origin or condition, or ancestry.

Such action shall include: employment, upgrading, demotion or transfer; recruitment or recruitment advertising; layoff or termination; rates of pay or other forms of compensation; and selection for training, including apprenticeship, pre-apprenticeship and/or on-the-job training.

Bob Pirro, Company Vice President

For further information and assistance contact:
Kathy M. Hassett
At 412-262-4511

ULTRA HIGH-PRESSURE    HYDRODEMOLITION    HYDROCLEANING    COATING REMOVAL

530 Moon Clinton Road. Coraopolis, PA 15108.    412-262-4511. FAX: 412-262-6188. www.rampart-hydro.com

*Page 1*

25



*Ultra High Pressure...*
*Even Higher Standards.*

## Designation of EEO Officer

The Company EEO Officer for Rampart Hydro Services is Kathleen M. Hassett.  She will effectively establish and administer the Company's Affirmative Action Program.  She will have the meaningful backing and cooperation of Company management in order to effectuate a civil rights program.  Open communication with minority group and female organizations will be established and maintained.  She will provide training to project supervisory personnel relative to their EEO responsibilities and will perform complaint investigations as the need arises.

The location of the Affirmative Action records is:

> Rampart Hydro Services
> 530 Moon Clinton Road
> Coraopolis, PA  15108

BOB PIRRO, COMPANY VICE PRESIDENT

ULTRA HIGH-PRESSURE   HYDRODEMOLITION   HYDROCLEANING   COATING REMOVAL

530 Moon Clinton Road.  Coraopolis, PA 15108.   412-262-4511.  FAX: 412-262-6188.  www.rampart-hydro.com

*Page 1*

26



*Ultra High Pressure...*
*Even Higher Standards.*

## SEXUAL and OTHER HARASSMENT

At RHS, we strongly believe in the right to work in an environment free of sexual or any other form of harassment.  Harassment based on one's gender, race, color, religion, sex, national origin, disability, status as a protected veteran, gender identity or sexual orientation or any other class mentioned in the Equal Opportunity section will not be tolerated.  Sexual and other harassment can take many forms including, but not limited to, any unwelcome unsolicited remarks, gestures, or physical contact. We will not tolerate any retaliation against those who complain of any harassment or against those who participate in any investigation of reports of harassment.

All personnel are reminded that each employee is at all times to be treated courteously by fellow employees, so that he or she is free from harassment or interference based on factors such as those mentioned above.

Harassment is defined as unwelcome or unsolicited verbal, physical or sexual conduct which interferes with an employee's job performance or which creates an intimidating, offensive or hostile work environment. Examples of what may be considered harassment, depending on the circumstances, are:

- Questions or comments that unnecessarily infringe on personal privacy.
- Offensive, sexist, off color or sexual remarks, jokes, slurs.
- Propositions or comments that disparage a person or group on the basis of race, color, age (40 and over), sexual orientation, pregnancy, gender identity, creed, disability, religion, national origin, ethnic background, status of protected veteran or citizenship.
- Derogatory or suggestive posters, cartoons, photographs, calendars, graffiti, drawings, other materials or gestures.
- Inappropriate touching hitting, pushing or other aggressive physical contact or threats to take such action.
- Unsolicited sexual advances, requests or demands, explicit or implicit, for sexual favors.
- Quid Pro Quo – Unwelcome sexual advances, requests for sexual favors, and other verbal or physical conduct of a sexual nature constitute quid pro quo when (1) submission of such conduct is made either explicitly or implicitly a term or condition of an individual's employment and, or (2) submission or rejection of such conduct by an individual is used as the basis for employment decisions affecting an individual.
- Ethnic slurs, racial "jokes," offensive or derogatory comments or other verbal or physical conduct based on individual's race/color or national origin or because an individual is affiliated with a particular religious or ethnic group or because of physical, cultural or linguistic characteristics.

If you feel you are experiencing harassment, notify your supervisor. If you feel you are experiencing harassment by your supervisor, notify a company officer immediately. If you feel that you are experiencing harassment at a job site when a Rampart foreman/superintendent is not present, you should contact the General Contractor's on-site project manager if you have concerns that you believe require immediate attention.  Please follow-up as soon as possible by contacting your supervisor or a Company officer. Every effort shall be made to ensure your concerns are taken seriously and handled as promptly and confidentially as possible.

BOB PIRRO, COMPANY VICE PRESIDENT

---

ULTRA HIGH-PRESSURE   HYDRODEMOLITION   HYDROCLEANING   COATING REMOVAL

530 Moon Clinton Road.  Coraopolis, PA 15108.   412-262-4511.  FAX: 412-262-6188.  www.rampart-hydro.com

G:\HR Confidential\EEO Compliance\EEO_Affirmative Action\EEO-current\Affirmative Action Current\03 Sexual and Other Harrasment 180101.docx

*Page*



*Ultra High Pressure…*
*Even Higher Standards.*

## RESPONSIBILITY FOR IMPLEMENTATION
### (41 CFR 60-2.22)

Ultimate responsibility for the implementation of the Affirmative Action and Equal Employment Opportunity Policy within Rampart Hydro Services (RHS) rests with Robert Pirro, Vice President. Managers and Supervisors of various departments will be held accountable for the initiating, administering and controlling activities within their span of management in order to insure implementation of the policy.

Kathleen M. Hassett as the designated EEO Officer is responsible for, but not necessarily limited to, the following activities:

1. Developing policy statements, affirmative action programs, internal and external communication techniques.

2. Assisting in the identification of problem areas; assisting line management in arriving at solutions to problems.

3. Designing, implementing and maintaining an audit and reporting system to:

   a. measure the effectiveness of RHS programs;
   b. need for remedial action; and
   c. determine the degree to which RHS' goals and objectives have been attained.

4. Serve as liaison between RHS and the enforcement agencies.

5. Serve as liaison between RHS and the minority organizations, women's organizations and the community action groups concerned with employment opportunities for minorities and women.

6. Keep management informed of the latest developments in the entire equal opportunity area.

_____
Bob Pirro, Vice President

_____
Kathleen M. Hassett, EEO Officer

ULTRA HIGH-PRESSURE   HYDRODEMOLITION   HYDROCLEANING   COATING REMOVAL

530 Moon Clinton Road. Coraopolis, PA 15108.   412-262-4511. FAX: 412-262-6188. www.rampart-hydro.com

*Page 1*

28

**Rampart**

*Ultra High Pressure.*
*Even Higher Standards.*

**Hydro Services**

**ON THE JOB TRAINING**
This project may include an On-The-Job Training Program for the Heavy-Highway Construction Industry.  If you are interested in up-grading your skills, please contract Sam Dickson @ 412-262-4511 for program information.

**CERTIFICATION OF NON SEGRATED FACILITIES**
Rampart Hydro Services, L.P. certifies that all facilities and Company activities are non-segregated except that separate or single-user toilet facilities are provided to assure privacy of the sexes.

**WORK ENVIRONMENT STATEMENT**
It is the policy of Rampart Hydro Services, LP to ensure and maintain a working environment free of harassment, sexual harassment, intimidation, and coercion at all sites, and in all facilities at which our employees are assigned to work.  Rampart Hydro Services LP has developed an Unlawful Harassment policy, which will be rigidly adhered to at all times.

Bob Pitro, Vice President



*Ultra High Pressure.*
*Even Higher Standards.*

**Hydro Services**

Exhibit A

## COMPANY EEO POLICY STATEMENT
It is the policy of this company that qualified applicants are employed and that employees are treated during employment without regard to race, color, religion, sex, national origin, age, physical or mental disability, marital status, military service or veteran's status, culture, creed, pregnancy, childbirth, or medical condition related to pregnancy or childbirth, gender identity, or expression, sexual orientation, political beliefs, genetic information, social origin or condition, or ancestry. Such action shall include: employment, upgrading, demotion, or transfer; recruitment or recruitment advertising; layoff or termination; rates of pay or other forms of compensation; and selection for training, including apprenticeship, pre-apprenticeship, and/or on-the-job training.

## NOTICE ENCOURAGING EMPLOYEES TO REFER MINORITY AND FEMALE APPLICANTS FOR EMPLOYMENT
We encourage the help of all employees in referring minority and female applicants for employment. If you know a minority and/or female who is seeking employment, please refer them to Rampart Hydro Services at 412-262-4511.

## NOTICE INFORMING EMPLOYEES OF AVAILABLE TRAINING PROGRAM AND ENTRANCE REQUIREMENTS
We are participating in an on-the-job training program for the Heavy-Highway Construction Industry. If you are interested in developing a skill in a craft, please call 412-262-4511. We will explain the program to you in detail. The only requirement is that you have the desire and ability to develop a skill in the craft in which you are interested.

## COMPLAINT PROCEDURES
Any complaint of alleged discrimination by this company, its supervisors, or employees, or any person or organization acting on behalf of the company should immediately be called to the attention of the company Equal Employment Opportunity Officer.

## NOTICE IDENTIFYING COMPANY EEO OFFICER BY NAME AND CONTACT INFORMATION
The Equal Employment Opportunity Officer for Rampart Hydro Services is Kathleen Hassett. She may be contacted by writing 530 Moon Clinton Road, Coraopolis, PA 15108 or by calling 412-262-4511 ext. 103 before 5 pm. After this time she may be reached at 412-266-1366.

Additional information regarding aforementioned Policies may be obtained from the Company's EEO Officer.

## WORK ENVIRONMENT STATEMENT
It is the policy of this company to ensure and maintain a working environment free of harassment, sexual harassment, intimidation, and coercion at all sites, and in all facilities at which our employees are assigned to work. This policy will be rigidly adhered to at all times. Any violation of this policy should be reported immediately to your supervisor or company EEO Officer.

## CERTIFICATE OF NON-SEGREGATED FACILITIES
Rampart Hydro Services certifies that all facilities and company activities are non-segregated except that separate or single-user toilet and necessary changing facilities shall be provided to assure privacy of the sexes.

## NOTICE TO UNIONS DISSEMINATING EEO COMMITMENTS AND RESPONSIBILITIES AND REQUESTING THEIR COOPERATION

Rampart Hydro Services will continue to make the company EEO policy known to the employment entities with whom we deal and in our employment opportunity announcements that employees and qualified applicants for employment will be hired; upgraded, promoted or advanced, demoted; transferred; recruited; laid –off or terminated; compensated; and trained without regard to their race, color, religion, sex, national origin, age, physical or mental disability, marital status, military service or veteran's status, culture, creed, pregnancy, childbirth, or medical condition related to pregnancy or childbirth, gender identity, or expression, sexual orientation, political beliefs, genetic information, social origin or condition, or ancestry. We will request the cooperation of the entities with whom we deal to assist our company in meeting EEO obligations. It is also the policy of this company to provide reasonable accommodations for qualified disabled individuals.

## UNLAWFUL HARASSMENT POLICY
At RHS, we strongly believe in the right to work in an environment free of sexual or any other form of harassment. Harassment based on one's gender, race, religion or any other class mentioned in the Equal Opportunity section will not be tolerated. Sexual and other harassment can take many forms including, but not limited to, any unwelcome unsolicited remarks, gestures, or physical contact. We will not tolerate any retaliation against those who complain of any harassment or against those who participate in any investigation of reports of harassment.

If you feel you are experiencing harassment, notify your supervisor. If you feel you are experiencing harassment by your supervisor, notify a Company Officer immediately. If you feel that you are experiencing harassment at a job site when a Rampart foreman/superintendent is not present, you should contact the General Contractor's on-site project manager if you have concerns that you believe require immediate attention. Please follow-up as soon as possible by contacting your supervisor or a Company officer. Every effort shall be made to ensure your concerns are taken seriously and handled as promptly and confidentially as possible.

## PAY TRANSPARENCY NONDISCRIMINATION PROVISION

Rampart Hydro Services will not discharge or in any other manner discriminate against employees or applicants because they have inquired about, discussed, or disclosed their own pay or the pay of another employee or applicant. However, employees who have access to the compensation information of other employees or applicants as part of their essential job functions cannot disclose the pay of other employees or applicants to individuals who do not otherwise have access to compensation information, unless he disclosure is (a) in response to a formal complaint or charge, (b) in furtherance of an investigation, proceeding, hearing, or action, including an investigation conducted by the employer, or (c) consistent with the contractor's legal duty to furnish information.

Bob Pirro, Vice President
Rampart Hydro Services

ULTRA HIGH-PRESSURE    HYDRODEMOLITION    HYDROCLEANING    COATING REMOVAL



*Ultra High Pressure...*
*Even Higher Standards.*

## Affirmative Action Policy

It is the policy and practice of Rampart Hydro Services (RHS) to not discriminate against any individual because of the individual's race, color, religious creed, age, sex, marital status, national origin, ancestry, present or past history of mental disorder, mental retardation, sexual orientation, gender identity, status of protected veteran, learning disability, physical disability, including, but not limited to blindness, except where any of the above is a bona fide occupational qualification or need.

It is RHS' policy that applicants for employment be selected on the basis of individual merit and ability with respect to jobs to be filled and potential for promotions or transfers which may be expected to develop. Also, applicants will be selected without discrimination because of age, religion, handicap, veteran status, or marital status.

It is also RHS' policy and practice to assure that no person will be discriminated against or be denied the benefits of any activity, program, or employment process receiving public funds, in whole or in part, in the areas of recruiting, advertising, hiring, upgrading, promoting, transferring, demoting, layoffs, termination, rehiring, employment, and/or, rates of pay and other compensations.

This policy and practice applies to all persons, particularly those that are members of the protected classes identified as being Blacks, Hispanics, Asian Americans, American Indians, Women, and Handicapped.

RHS will implement, monitor, and enforce this Affirmative Action Policy Statement and Program in conjunction with the applicable federal and state laws, regulations and executive orders listed below and also in conjunction with the EEO contract provisions listed below of which we intend to achieve full compliance:

1. Civil Rights Act of 1964 as amended
2. Presidential Executive Order 11246 as amended
3. Title 23 USC 140
4. Title 49 CFR Part 23
5. Governor's Executive Orders #3 and #17
6. Connecticut Fair Employment Practices Act
7. The Americans with Disabilities Act of 1990
8. Public Act No. 91-58
9. Civil Rights Act of 1991
10. Specific Equal Employment Opportunity Responsibilities
11. Required Contract Provisions Federal Aid Construction Contracts
12. A (76) Affirmative Action Requirements
13. Training Special Provision
14. Minority Business Enterprises as Subcontractors
15. Standard Federal Equal Employment Opportunity Construction Contract Specification
16. Nondiscrimination Act

G:\HR Confidential\EEO Compliance\EEO_Affirmative Action\EEO-current\Affirmative Action Current\01 Affirmative Act Policy 180101.docx

## ULTRA HIGH-PRESSURE   HYDRODEMOLITION   HYDROCLEANING   COATING REMOVAL

530 Moon Clinton Road. Coraopolis, PA 15108.   412-262-4511.  FAX: 412-262-6188.  www.rampart-hydro.com

*Page 1*

31

In implementing this policy and ensuring that equal opportunity is being provided to protected class members, this firm will contact and request referrals from the following minority and women organizations, referral sources and minority media each time a hiring opportunity occurs.  All said advertising shall also emphasize that the firm is "An Equal Opportunity Employer".

| Name of Source | Address | Telephone |
|---|---|---|
| Pennsylvania CareerLink | www.cwds.state.pa.us<br>www.jobgateway.coom | 412-809-3501 |

When applicable to open positions the firm will also contract and request referrals from the following referral sources:

| | | |
|---|---|---|
| Indeed.com<br>(Diversity Network Included) | www.indeed.com | 203-517-2013 |

To substantiate the efforts made and the affirmative actions taken to provide equal opportunity, RHS will maintain and submit as requested documentation such as referral request correspondence and copies of advertisements utilized in conjunction with the above named sources; in addition, to further substantiate such efforts and affirmative actions, RHS will maintain internal EEO/affirmative action audit procedures and reporting and record keeping systems.

As an equal opportunity employer, it is understood by me, and my supervisory and managerial personnel that failure to effectively implement, monitor, and enforce FDS's affirmative action program and the failure to adequately document the affirmative actions taken and efforts made to recruit and hire minority and female applicants, in accordance with our affirmative action program, in each instance of hire will result in RHS being required to recommit itself to a modified and more stringent affirmative action program prior to receiving approval of such program by the contracting agency, a prerequisite for performing services for the contracting agency.

Once a year, our affirmative action program will be updated in accordance with the current update procedures being utilized by the contracting agency.  In addition, it is understood that the complete affirmative action program of RHS consists of both this affirmative action policy statement and any equal employment opportunity/affirmative action requirements contained in contracts in which we may receive.

I am personally committed to the effective implementation, monitoring and enforcement of our Equal Employment Opportunity Policy and I will require all supervisory and managerial personnel to implement, monitor and enforce this program with the same dispatch and expertise normally applied and expected in their other job duties.

_____          1/29/18
Bob Pirro, Vice President                              Date

G:\HR Confidential\EEO Compliance\EEO_Affirmative Action\EEO-current\Affirmative Action Current\01 Affirmative Act Policy 180101.docx          Page 2

32

**Rampart**

*Ultra High Pressure.*
*Even Higher Standards.*

**Hydro Services**

It is hereby noted that all employment and other related records regarding any and all of RAMPART HYDRO SERVICES projects reflecting its Affirmative Action Policy are available for inspection during normal working hours in the corporate offices located at 530 Moon Clinton Road, Coraopolis, Pennsylvania 15108.

Please contact the company's Affirmative Action Officer, Kathleen M. Hassett, by phone at 412-262-4511 or by email Khassett@rampart-hydro.com for more information.

Sincerely,

Bob Pirro
Vice President

ULTRA HIGH-PRESSURE      HYDRODEMOLITION      HYDROCLEANING      COATING REMOVAL



*Ultra High Pressure...*
*Even Higher Standards.*

# EMPLOYEE DISCRIMINATION COMPLAINT PROCEDURE

It is the policy of Rampart Hydro Services, to provide a thorough and impartial system of investigation and corrective action concerning any and all alleged discrimination complaints regarding race, color, religion, age, sex, marital status, sexual orientation, physical disability (including but not limited to blindness), criminal record, national origin or ancestry, mental disorder (or history thereof), status of protected veteran or gender identity from both current and prospective employees or applicants. These individuals have the right to make full utilization of this complaint procedure without in any way jeopardizing their current or prospective employment status.

Employees and applicants shall not be subject to unlawful harassment, intimidation, threats, coercion or discrimination because they have engaged in or may engage in any of the following activities: (1) filing a complaint; (2) assisting or participating in an investigation, compliance evaluation, hearing, or any other activity related to the administration of the affirmative action provisions of Section 503 of the Rehabilitation Act, as amended ("Section 503"), or the Vietnam Era Veterans' Readjustment Assistance Act of 1974, as amended ("VEVRAA") or any other Federal, state or local law requiring equal opportunity for individuals with disabilities or protected veterans; (3) opposing any act or practice made unlawful by Section 503 or VEVRAA or their implementing regulations or any other Federal, state or local law requiring equal opportunity for individuals with disabilities or protected veterans; or (4) exercising any other right protected by Section 503 or VEVRAA and their implementing regulations.

The following procedure will be made available to and discussed with all employees:

1. Any employee or applicant of Rampart Hydro Services that feels he/she has been discriminated against may file an EMPLOYEE DISCRIMINATION COMPLAINT, which may be obtained from the Project Supervisor. This report should be completed and filed within ten days of the alleged incident with the Division EEO Officer, Kathleen M. Hassett, at 530 Moon Clinton Rd. Coraopolis, PA 15108. All discrimination complaints filed under this procedure will be accepted for investigation up to and including thirty (30) days after the date of the alleged discriminatory act.

   All complaints will be recorded on the "Employee Discrimination Complaint" form and signed by the complainant. At this time, the complainant will be counseled as to the other avenues of redress open to him or her; i.e., the complaint procedure of the Commission on Human Rights and Opportunities and/or the Pennsylvania Department of Transportation Office of Contract Compliance.

---

ULTRA HIGH-PRESSURE   HYDRODEMOLITION   HYDROCLEANING   COATING REMOVAL

530 Moon Clinton Road.  Coraopolis, PA 15108.   412-262-4511.  FAX: 412-262-6188.  www.rampart-hydro.com

*Page 1*
34



**Rampart**
**Hydro Services**

*Ultra High Pressure...*
*Even Higher Standards.*

2. The Office of Contract Compliance and the Transportation Commissioner will be notified simultaneously of all complaints and of the complaint's ultimate resolution.

3. Within seven days of the receipt of the complaint, the Company EEO Officer or local EEO Coordinator will meet with the affected persons in order to try and resolve the complaint. A conciliation conference will be held.   Attendees at this conference will include the complainant, the person against whom the complaint is filed, and the Company EEO Officer or EEO Coordinator.

4. If the complaint is resolved at the Conciliation Conference, a "Statement of Resolution" will be prepared and signed by the Company EEO Officer, the complainant and the person(s) against whom the complaint was filed.   The "Statement of Resolution" will be specific in detailing any mutual agreement made by the respective parties involved.

5. Should the complainant not wish to attend the Conciliation Conference, the complainant will be notified, in writing, by the Equal Employment Opportunity Officer regarding the results of the investigation and the final disposition of the complaint, including any proposed remedial action.   Should the complainant disagree with the Equal Opportunity Employment Officer's decision, he or she can still avail himself or herself of any, or all, of the other avenues of redress previously explained (see number 2).

6. In the event of a complaint against the Equal Opportunity Employment Officer, complainants will be advised to utilize the Commission on Human Rights and Opportunities complaint procedure.

7. The Equal Employment Opportunity Officer will take the necessary steps to ensure the confidentiality of all Title VII complaint records and of any counseling done in the course of the complaint procedure.

8. The Company EEO Officer will prepare an Investigation Report at the end of the conciliation conference which will be specific in detailing each step of their investigation. This report must include, but not be limited to: (a) a listing of all persons interviewed and results of those reviews, (b) minutes and results of conciliation conference, (c) if appropriate, the signed Statement of Resolution. Notice to other contracting agencies should be done as appropriate.

9. If the complaint cannot be resolved at the contractor level, the complainant or Company may request the relevant state department investigate the complaint.

_____

Bob Pirro, Vice President

ULTRA HIGH-PRESSURE   HYDRODEMOLITION   HYDROCLEANING   COATING REMOVAL

530 Moon Clinton Road.  Coraopolis, PA 15108.   412-262-4511.  FAX: 412-262-6188.  www.rampart-hydro.com

Exhibit A



**Rampart**
**Hydro Services**

*Ultra High Pressure...*
*Even Higher Standards.*

### AVENUES OF APPEAL

ANYONE WHO FEELS THAT HE OR SHE HAS BEEN DISCRIMINATED

AGAINST SHOULD CONTACT ONE OF THE FOLLOWING:

PROJECT SUPERINTENDENT          TELEPHONE NUMBER

IF YOU ARE NOT SATISFIED AFTER A VERBAL APPEAL IN TWO (2) DAYS,

PLEASE FILE A <u>WRITTEN</u> REQUEST TO THE PROJECT MANAGER.

SAM DICKSON                          412-262-4511
OPERATIONS MANAGER          TELEPHONE NUMBER

IF AFTER **FIVE** (5) DAYS YOU HAVE NOT RECEIVED SATISFACTORY

RESULTS, PLEASE NOTIFY IN WRITING; (TO THE ABOVE ADRESS).

KATHLEEN M. HASSETT               412-262-4511
COMPANY EEO OFFICER            TELEPHONE NUMBER

IF AFTER EXHAUSTING THE STEPS OUTLINED ABOVE, YOU ARE NOT

SATISFIED AND FEEL FURTHER ACTION IS WARRANTED, REFER TO THE

FEDERAL AND STATE POSTERS, (I.E., EEOC, OFCCP, PHRC, PDT).

SIGNATURE: *Kathleen M. Hassett*
KATHLEEN M. HASSETT, EEO OFFICER

DATE: 1/30/18

ULTRA HIGH-PRESSURE   HYDRODEMOLITION   **HYDROCLEANING**   COATING REMOVAL

530 Moon Clinton Road. Coraopolis, PA 15108.   412-262-4511.  FAX: 412-262-6188.  www.rampart-hydro.com

*Page 1*

36

Exhibit A



**Rampart**

*Ultra High Pressure...*
*Even Higher Standards.*

**Hydro Services**

## EMPLOYEE DISCRIMINATION COMPLAINT

**Name:** _____

**Address:** _____
         (street)         (city)      (state & zip)

**Telephone:** _____

The person/employer whom I believe has discriminated against me is:

**Name:** _____

**Address:** _____

Date, location and/or Project Number of construction site where I believe the discrimination took place:

_____

_____

Cause of Discrimination:

| | | | |
|---|---|---|---|
| Race or Color | | Physical or Mental Disability | |
| Religion | | Marital status | |
| Age | | Military service or Veteran status | |
| National Origin | | Culture | |
| Pay Transparency | | Gender Identity or expression | |
| Creed | | Sex or Sexual Orientation | |
| Pregnancy, childbirth or medical condition related to pregnancy or childbirth | | Political beliefs | |
| Genetic information | | Social origin or condition or ancestry | |
| Protected Veterans | | | |

Use the back of this form to briefly write the particulars of what happened.  Be specific regarding names and dates.

_____      _____
(Signature)                               Date

ULTRA HIGH-PRESSURE    HYDRODEMOLITION    HYDROCLEANING    COATING REMOVAL