# SURETY

## PAYMENT BOND # 9399538

KNOW ALL MEN BY THESE PRESENTS, That we <u>RECORD STEEL & CONSTRUCTION, INC. DBA</u>

<u>RSCI, A CORPORATION</u>, as Principal, and _Fidelity and Deposit Company_

_of Maryland_

as Surety are held and firmly bound unto the State of Idaho in the penal sum of

<u>TWO MILLION NINE HUNDRED FIFTY EIGHT THOUSAND SIX HUNDRED SIXTY SEVEN</u>
<u>DOLLARS AND SEVENTY THREE CENTS</u>

($<u>2,958,667.73</u>) lawful money of the United States, which sum is agreed to be the maximum liability hereunder,

well and truly to be paid, and for the payment of which we and each one of us bind ourselves, our heir,

executors, administrators and assigns, jointly and severally, firmly by these presents.

The condition of the instrument is such, that whereas the Principal has entered into a certain agreement, hereto

attached, with the State of Idaho, dated _December 20, 2018_, for the work of rehabilitating 11 bridges

along I-84 from M.P. 2.87 to M.P. 28.65; I-84, Oregon St Ln to Caldwell Bridge Rehabs; I-84, Oregon St Ln to

Caldwell Bridge Rehabs; known as Idaho Federal Aid Project No. A019(442), Contract No. 8473, in Payette &

Canyon County, Key No. 19442.

NOW, THEREFORE, If the said Principal shall pay all claimants supplying labor or materials to him or his
subcontractors in the prosecution of the work provided for in said contract, and any and all authorized
modifications of said contract that may hereafter be made, notice of which modifications to the Surety being
hereby waived and shall pay all taxes when due, as required by Title 63, Chapter 15, Idaho Code, then this
obligation shall be void, otherwise to remain in full force and effect.

PROVIDED, However, that this bond is executed pursuant to the provisions of the Public Contracts Bond Act,
and all liabilities on this bond shall be determined in accordance with said provisions to the same extent as if set
forth in full herein.

IN WITNESS WHEREOF, the Principal and Surety have executed this instrument to become effective on the
date of the contract agreement as set forth above.

CB-1-A

1

Exhibit B

CONTRACTOR (Sole Proprietor, Partnership, or Limited Liability Company):

_____     _____
                                                                     (Contractor Name)

_____     _____
             (Address)                                (Address)

_____     _____
   (City, State, Zip)                          (City, State, Zip)
By:_____     By:_____
        (Signature)                             (Signature)

_____     _____
       (Print Name)                          (Print Name)

_____     _____
   Title (Partner)         Title (Sole Proprietor /Partner /Member)

_____     _____
Dated                                   Dated

---

CONTRACTOR (Corporation):

Attest:

By: *Ginger Henderson* (Signature)

*Ginger Henderson* (Print Name)

DATED: _____

*Record Steel and Construction Inc dba RSCI* (Principal)

*333 W. Ross, Suite 300* (Address)

*Boise, ID 83706* (City, State, Zip)

By: _____ (Signature)

*ZEKE JOHNSON* (Print Name)

*PRESIDENT* (Title)

(AFFIX CORPORATE SEAL)

---

CORPORATE SURETY:

*Fidelity and Deposit Company of Maryland* (Surety)

*800 F. 14th Avenue #3800* (Address)

*Seattle, WA 98104* (City, State, Zip)

By *Cynthia L. Jay* (Signature)

*Cynthia L. Jay* (Print Name)

*Attorney-in-Fact* (Title)

(AFFIX CORPORATE SEAL)

**ATTACH POWER OF ATTORNEY**

Exhibit B

## SURETY

PERESORMANCE BOND #9399528

KNOW ALL MEN BY THESE PRESENTS, That we <u>RECORD STEEL & CONSTRUCTION, INC. DBA</u>

<u>RSCI, A CORPORATION</u>, as Principal, and *Fidelity and Deposit Company*

as Surety are held and firmly bound unto the State of Idaho in the penal sum of *of Maryland*

<u>TWO MILLION NINE HUNDRED FIFTY EIGHT THOUSAND SIX HUNDRED SIXTY SEVEN</u>
<u>DOLLARS AND SEVENTY THREE CENTS</u>

(<u>$2,958,667.73</u>) lawful money of the United States, which sum is agreed to be the maximum liability hereunder,

well and truly to be paid, and for the payment of which we and each one of us bind ourselves, our heir,

executors, administrators and assigns, jointly and severally, firmly by these presents.

The condition of the instrument is such, that whereas the Principal has entered into a certain agreement, hereto

attached, with the State of Idaho, dated <u>December 20, 2018</u>, for the work of rehabilitating 11 bridges

along I-84 from M.P. 2.87 to M.P. 28.65; I-84, Oregon St Ln to Caldwell Bridge Rehabs; I-84, Oregon St Ln to

Caldwell Bridge Rehabs; known as Idaho Federal Aid Project No. A019(442), Contract No. 8473, in Payette &

Canyon County, Key No. 19442.

NOW, THEREFORE, If the Principal shall well and truly perform and fulfill all the undertakings, covenants, terms, conditions and agreements of said contract and any extensions thereof that may be granted by the State, with or without notice to the Surety and shall also well and truly perform and fulfill all the undertakings, covenants, terms, conditions, and agreements of any and all duly authorized modifications of said contract that may hereafter be made, notice of which modifications to the Surety being hereby waived, then this obligation to be null and void, otherwise to remain in full force and effect.

PROVIDED, However, that this bond is executed pursuant to the provisions of the Public Contracts Bond Act, and all liabilities on this bond shall be determined in accordance with said provisions to the same extent as if set forth in full herein.

IN WITNESS WHEREOF, the Principal and Surety have executed this instrument to become effective on the date of the contract agreement as set forth above.

CB-1-B

Exhibit B

CONTRACTOR (Sole Proprietor, Partnership, or Limited Liability Company):

_____     _____
       (Address)                                 (Contractor Name)

_____
    (City, State, Zip)                            (Address)

By: _____
     (Signature)                        (City, State, Zip)

By: _____
_____                (Signature)
    (Print Name)

                                    (Print Name)
_____
   Title (Partner)             Title (Sole Proprietor/Partner/Member)

_____     _____
Dated                                     Dated

---

CONTRACTOR (Corporation):     *Record Steeland Construction Inc dba RSCI*
                                       (Principal)

Attest:                           *333 W. Ross, Suite 200* (AFFIX

By: *Ginger Henderson*                 (Address)      CORPORATE
      (Signature)       *Boise ID 83706*      SEAL)
*Ginger Henderson*           (City, State, Zip)
  (Print Name)

                              By: _____
                                  (Signature)
                          *Zeke Johnson*
DATED: _____           (Print Name)
                          *President*
                             (Title)

---

CORPORATE SURETY:     *Fidelity and Deposit Company of Maryland*
                                    (Surety)

                          *800 Fifth Avenue #3800* (AFFIX
                              (Address)     CORPORATE
                     *Seattle, WA 98104*     SEAL)
                         (City, State, Zip)
                     By: *Cynthia L. Jay*
                           (Signature)
                  *Cynthia L. Jay*
                       (Print Name)
                 *Attorney-in-Fact*
                       (Title)

**ATTACH POWER OF ATTORNEY**

Exhibit B

**ZURICH AMERICAN INSURANCE COMPANY**
**COLONIAL AMERICAN CASUALTY AND SURETY COMPANY**
**FIDELITY AND DEPOSIT COMPANY OF MARYLAND**
**POWER OF ATTORNEY**

KNOW ALL MEN BY THESE PRESENTS: That the ZURICH AMERICAN INSURANCE COMPANY, a corporation of the State of New York, the COLONIAL AMERICAN CASUALTY AND SURETY COMPANY, a corporation of the State of Maryland, and the FIDELITY AND DEPOSIT COMPANY OF MARYLAND a corporation of the State of Maryland (herein collectively called the "Companies"), by **DAVID MCVICKER, Vice President,** in pursuance of authority granted by Article V, Section 8, of the By-Laws of said Companies, which are set forth on the reverse side hereof and are hereby certified to be in full force and effect on the date hereof, do hereby nominate, constitute, and appoint **Aliceon A. KELTNER, Cynthia L. JAY, Eric A. ZIMMERMAN and James B. BINDER, all of Seattle, Washington, EACH** its true and lawful agent and Attorney-in-Fact, to make, execute, seal and deliver, for, and on its behalf as surety, and as its act and deed: **any and all bonds and undertakings,** and the execution of such bonds or undertakings in pursuance of these presents, shall be as binding upon said Companies, as fully and amply, to all intents and purposes, as if they had been duly executed and acknowledged by the regularly elected officers of the ZURICH AMERICAN INSURANCE COMPANY at its office in New York, New York., the regularly elected officers of the COLONIAL AMERICAN CASUALTY AND SURETY COMPANY at its office in Owings Mills, Maryland., and the regularly elected officers of the FIDELITY AND DEPOSIT COMPANY OF MARYLAND at its office in Owings Mills, Maryland., in their own proper persons.

The said Vice President does hereby certify that the extract set forth on the reverse side hereof is a true copy of Article V, Section 8, of the By-Laws of said Companies, and is now in force.

IN WITNESS WHEREOF, the said Vice-President has hereunto subscribed his/her names and affixed the Corporate Seals of the said **ZURICH AMERICAN INSURANCE COMPANY, COLONIAL AMERICAN CASUALTY AND SURETY COMPANY, and FIDELITY AND DEPOSIT COMPANY OF MARYLAND,** this 18th day of December, A.D. 2017.

**ATTEST:**

ZURICH AMERICAN INSURANCE COMPANY
COLONIAL AMERICAN CASUALTY AND SURETY COMPANY
FIDELITY AND DEPOSIT COMPANY OF MARYLAND



By: _____

*Assistant Secretary*
*Dawn E. Brown*

_____

*Vice President*
*David McVicker*

**State of** Maryland
County of Baltimore

On this 18th day of December, A.D. 2017, before the subscriber, a Notary Public of the State of Maryland, duly commissioned and qualified, **DAVID MCVICKER, Vice President, and DAWN E. BROWN, Assistant Secretary,** of the Companies, to me personally known to be the individuals and officers described in and who executed the preceding instrument, and acknowledged the execution of same, and being by me duly sworn, deposeth and saith, that he/she is the said officer of the Company aforesaid, and that the seals affixed to the preceding instrument are the Corporate Seals of said Companies, and that the said Corporate Seals and the signature as such officer were duly affixed and subscribed to the said instrument by the authority and direction of the said Corporations.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my Official Seal the day and year first above written.

_____
Constance A. Dunn, Notary Public
My Commission Expires: July 9, 2019

POA-F 180-2849C

5

Exhibit B

## EXTRACT FROM BY-LAWS OF THE COMPANIES

"Article V, Section 8, Attorneys-in-Fact. The Chief Executive Officer, the President, or any Executive Vice President or Vice President may, by written instrument under the attested corporate seal, appoint attorneys-in-fact with authority to execute bonds, policies, recognizances, stipulations, undertakings, or other like instruments on behalf of the Company, and may authorize any officer or any such attorney-in-fact to affix the corporate seal thereto; and may with or without cause modify of revoke any such appointment or authority at any time."

## CERTIFICATE

I, the undersigned, Vice President of the ZURICH AMERICAN INSURANCE COMPANY, the COLONIAL AMERICAN CASUALTY AND SURETY COMPANY, and the FIDELITY AND DEPOSIT COMPANY OF MARYLAND, do hereby certify that the foregoing Power of Attorney is still in full force and effect on the date of this certificate; and I do further certify that Article V, Section 8, of the By-Laws of the Companies is still in force.

This Power of Attorney and Certificate may be signed by facsimile under and by authority of the following resolution of the Board of Directors of the ZURICH AMERICAN INSURANCE COMPANY at a meeting duly called and held on the 15th day of December 1998.

RESOLVED: "That the signature of the President or a Vice President and the attesting signature of a Secretary or an Assistant Secretary and the Seal of the Company may be affixed by facsimile on any Power of Attorney...Any such Power or any certificate thereof bearing such facsimile signature and seal shall be valid and binding on the Company."

This Power of Attorney and Certificate may be signed by facsimile under and by authority of the following resolution of the Board of Directors of the COLONIAL AMERICAN CASUALTY AND SURETY COMPANY at a meeting duly called and held on the 5th day of May, 1994, and the following resolution of the Board of Directors of the FIDELITY AND DEPOSIT COMPANY OF MARYLAND at a meeting duly called and held on the 10th day of May, 1990.

RESOLVED: "That the facsimile or mechanically reproduced seal of the company and facsimile or mechanically reproduced signature of any Vice-President, Secretary, or Assistant Secretary of the Company, whether made heretofore or hereafter, wherever appearing upon a certified copy of any power of attorney issued by the Company, shall be valid and binding upon the Company with the same force and effect as though manually affixed.

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed the corporate seals of the said Companies, this 7 day of December, 2018.

  

David McVicker, Vice President

**TO REPORT A CLAIM WITH REGARD TO A SURETY BOND, PLEASE SUBMIT ALL REQUIRED INFORMATION TO:**

Zurich American Insurance Co.
Attn: Surety Claims
1299 Zurich Way
Schaumburg, IL 60196-1056

6

Exhibit B

CONTRACT AGREEMENT

THIS AGREEMENT, made and entered into, in duplicate, this ~~12~~ 20th day of December , 20~~18~~, by

and between the State of Idaho, hereinafter called the State, by the Idaho Transportation Board of said State,

party of the first part, and <u>RECORD STEEL & CONSTRUCTION, INC. DBA RSCI, A CORPORATION,</u>

hereinafter called the Contractor, party of the second part.

WITNESSETH:  That the contractor, in consideration of the sum to be paid to him by said State, in the matter and at the time hereinafter provided, and of other covenants and agreements herein contained, hereby agrees for himself, his heirs, administrators, successors and assigns to construct a portion of the I-84 Highway, in Payette & Canyon County, designated as Idaho Federal Aid Project No. A019(442) to furnish all necessary machinery, tools, apparatus, materials and labor to complete the work in the most substantial and workmanlike manner according to the plans and specifications therefore on file in the office of the Idaho Transportation Department of said State, and such modifications of the same and other directions that may be made by the State Highway Administrator as provided herein:  Provided, however, that the proposed work covered by this contract does not include that portion or portions of the work to be done in right of way to which title is being contested in any court having jurisdiction, until a specific award has been made by the court in each instance and in good and sufficient title to such portion of right of way in dispute has been assured.

CONTRACT DOCUMENTS:

It is further agreed that the said plans and specifications and the schedule of rates and prices set forth in the proposal and the general and special provisions appended to this contract agreement are hereby specifically referred to and made a part of this contract, and shall have the same force and effect as though all of same were fully inserted herein.

PAYMENTS:

For the faithful performance of the work herein embraced, as set forth in the contract agreement, general and special provisions, notice to contractors, instructions to bidders, proposals, general and detailed specifications and plans, which are a part hereof, in accordance with the directions of the State Highway Administrator and to his satisfaction, the State agrees to pay said Contractor the amount earned, computed from the actual quantities of the work performed as shown by the estimates of the Administrator and unit prices named in such proposal, and to make such payments in the manner and at the time provided in such proposal, and to make such payments in the manner and at the time provided in the general provisions thereto appended.  Payments shall be made by the State Treasurer of said State, upon warrants of the State Auditor of said State, issued upon vouchers of said State Highway Administrator, which have been approved by the Idaho Transportation Board out of monies legally available for that purpose.

CA-1

Exhibit B

IN WITNESS WHEREOF, The said State of Idaho, by the Idaho Transportation Board, executes this

contract and the said RECORD STEEL & CONSTRUCTION, INC. DBA RSCI, A CORPORATION, does

sign and seal the same, the day and year in this contract first above written.

STATE OF IDAHO
Idaho Transportation Board

ATTEST:

BY: _____

Engineering Services Division Administrator
Party of the First Part

_____
Contracts Officer

CONTRACTOR

Pursuant to Idaho Code Section 9-1406 "I certify (or declare) under penalty of perjury pursuant to the
law of the State of Idaho that the foregoing is true and correct."

_____          ZEKE JOHNSON                    (Seal)
              (Signature)                        (Print)

PRESIDENT                                  12/12/18
   (Title)                                    Date

Party of the Second Part
(If a corporation, President, Vice President, etc.)

CA-2

8